AO 120 (Rev. 3/04)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _____Delaware_____ on the following   X  Patents or   ☐ Trademarks:

| DOCKET NO.<br>06cv675 | DATE FILED<br>11/2/06 | U.S. DISTRICT COURT<br>DISTRICT OF DELAWARE |
|---|---|---|
| PLAINTIFF<br><br>Adidas AG and Adidas America, Inc. | | DEFENDANT<br><br>USA Adidas International Group LLC and<br>USA Adidas .Wandanu Int'l Holdings LTD |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 883,592 | 1/6/70 | Adidas AG |
| 2 | 891,222 | 5/19/70 | Adidas-Sportschuhfabriken Adi Dassler K.G. |
| 3 | 1,300,627 | 10/16/84 | Adidas Sportschuhfabriken Adi Dassler K.G. |
| 4 | 1,253,013 | 10/4/83 | Adidas Sportschuhfabriken Adi Dassler K.G. |
| 5 | 2,734,256 | 7/8/03 | Adidas-Salomon AG |
|   | 2,330,481 | 3/21/00 | Adidas-Salomon AG |
|   | 2,138,288 | 2/24/98 | Adidas America, Inc. |
|   | 1,050,759 | 10/19/76 | Firma Adidas Sportschuhfabriken Adi Dassler K.G. |
|   | 1,931,827 | 10/31/95 | Adidas AG |
|   |   |   |   |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
|   |

AO 120 (Rev. 3/04)

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| PETER T. DALLEO, CLERK OF COURT | | 11/3/06 |

**Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy**