# United States District Court

### District of Delaware

**ADIDAS AG and**
**ADIDAS AMERICA, INC.**

        Plaintiffs,

v.

**SUMMONS IN A CIVIL ACTION**

**CASE NUMBER:** 06-675

**USA ADIDAS INTERNATIONAL GROUP, LLC**
**and U.S.A. ADIDAS.WANDANU INT'L HOLDINGS LTD.,**

        Defendants.

**TO:** (Name and Address of Defendant)

USA Adidas International Group, LLC
c/o Charles Snyderman, Esq.
5301 Limestone Road
Suite 214
Wilmington, DE 19808

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Richard L. Horwitz, Esq. (#2246)
David E. Moore, Esq. (#3983)
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market Street
Wilmington, DE 19899
(302) 984-6000

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                    11-2-06
CLERK                                              DATE
_Beth Duran_
BY DEPUTY CLERK

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE 11/2/06 |
|---|---|
| NAME OF SERVER (PRINT) MARSHAL MANLOVE | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): PERSONALLY SERVED USA ADIDAS INTERNATIONAL GROUP LLC BY SERVING CHARLES SNYDERMAN AT 5301 LIMESTONE RD, WILM DE 19808 AT 4:15 PM PERSON ACCEPTING SERVICE: TERRI L SNYDERMAN

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 11/2/06
Date

Signature of Server

Address of Server 230 N MARKET ST
WILM DE 19801

737672

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.