IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ADIDAS AG and <br> ADIDAS AMERICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> USA ADIDAS INTERNATIONAL GROUP, <br> LLC and U.S.A. ADIDAS.WANDANU <br> INT'L HOLDINGS LTD., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C. A. No. 06-675-SLR <br> ) <br> ) **JURY TRIAL DEMANDED** <br> ) <br> ) <br> ) <br> ) |

## MOTION FOR ENTRY OF DEFAULT

To The Clerk of Court:

Pursuant to Federal Rule of Civil Procedure 55(a), Plaintiffs adidas AG and adidas American, Inc. ("Plaintiffs") move for entry of default against Defendants USA Adidas International Group, LLC and U.S.A. Adidas Wandanu Int'l Holdings Ltd. ("Defendants") for failure to answer or otherwise plead to the Complaint. In support of this Motion, Plaintiffs state as follows:

1.  Plaintiffs commenced this action on November 2, 2006, by filing a Complaint against Defendants, through which Plaintiffs seek affirmative relief.

2.  Defendant USA Adidas International Group, LLC was served with a Summons and a copy of the Complaint by a process server on November 2, 2006. A copy of the Return of Service was filed on November 6, 2006 (D.I. 4).

3.  Defendant U.S.A. Adidas Wandanu Int'l Holdings Ltd. was served with a Summons and a copy of the Complaint by a process server on November 2, 2006. A copy of the Return of Service was filed on November 6, 2006 (D.I. 5).

4. Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A), Defendants were required to serve an answer or otherwise plead to the Complaint on or before November 22, 2006.

5. To date, Defendants have not served an answer or any other responsive pleading to the Complaint, nor has any counsel of record made an appearance on its behalf.

6. Federal Rule of Civil Procedure 55(a) provides that "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend as provided by these rules and that fact is made to appear by affidavit or otherwise, the clerk shall enter the party's default."

WHEREFORE, Plaintiff respectfully requests that default be entered against Defendants.

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

| OF COUNSEL: | By: _/s/ David E. Moore_ |
|---|---|
| | Richard L. Horwitz (#2246) |
| R. Charles Henn Jr. | David E. Moore (#3983) |
| Sara Maurer | Potter Anderson & Corroon LLP |
| Kilpatrick Stockton LLP | Hercules Plaza |
| 1100 Peachtree Street, Suite 2800 | Wilmington, Delaware 19899 |
| Atlanta, Georgia 30309-4530 | Telephone: (302) 984-6027 |
| Telephone: (404) 815-6500 | Facsimile: (302) 658-1192 |
| Facsimile: (404) 541-3240 | rhorwitz@potteranderson.com |
| | dmoore@potteranderson.com |
| Dated: December 4, 2006 | |
| 765304 / 30778 | *Attorneys for Plaintiffs* |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on December 4, 2006 a copy of the foregoing document was served upon Defendants by U.S. First Class Certified Mail (return receipt requested) at the following addresses of record and was electronically filed with the Clerk of the Court using CM/ECF:

| | |
|---|---|
| USA Adidas International Group, LLC<br>c/o Charles Snyderman, Esq.<br>5301 Limestone Road<br>Suite 214<br>Wilmington, DE 19808 | U.S.A. Adidas.Wandanu Int'l Holdings Ltd.<br>c/o Delaware Intercorp, Inc.<br>113 Barksdale Professional Center<br>Newark, DE 19711-3258 |

By: /s/ David E. Moore
    Richard L. Horwitz
    David E. Moore
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, Delaware 19899-0951
    (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

765319