IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ADIDAS AG and<br>ADIDAS AMERICA, INC., )<br>)<br>) | |
| Plaintiffs, ) | C. A. No. 06-675-SLR |
| ) | |
| v. ) | **JURY TRIAL DEMANDED** |
| ) | |
| USA ADIDAS INTERNATIONAL GROUP,<br>LLC and U.S.A. ADIDAS.WANDANU<br>INT'L HOLDINGS LTD., )<br>)<br>) | |
| ) | |
| Defendants. ) | |

## AFFIDAVIT OF MAILING

STATE OF DELAWARE      )
                       ) ss:
COUNTY OF NEW CASTLE   )

David E. Moore, being duly sworn, deposes and says:

1. I am an attorney admitted to practice before the Supreme Court of the State of Delaware and before the United States District Court for the District of Delaware and am an associate in the law firm of Potter Anderson & Corroon LLP, counsel for Adidas AG and Adidas America, Inc. ("Adidas"), plaintiffs herein.

2. On December 4, 2006, I caused to be mailed by certified mail, return receipt requested, Plaintiff's Motion for Entry of Default to defendant USA Adidas International Group, LLC, c/o Charles Snyderman, Esquire, 5301 Limestone Road, Suite 214, Wilmington, Delaware, 19808 attached as Exhibit A. The document was received by Mr. Snyderman or his authorized representative on December 5, 2006, as evidenced by the return receipt attached as Exhibit B.

3. On December 4, 2006, I caused to be mailed by certified mail, return receipt requested, Plaintiff's Motion for Entry of Default to defendant U.S.A. Adidas.Wandanu Int'l Holdings Ltd., c/o Delaware Intercorp, Inc., 113 Barksdale Professional Center, Newark, Delaware, 19711-3258 attached as Exhibit C. The document was received by Delaware Intercorp, Inc. or its authorized representative on December 5, 2006, as evidenced by the return receipt attached as Exhibit D.

Dated this 15th day of December 2006.

_____
David E. Moore (#3983)

SWORN AND SUBSCRIBED before me the day and year aforesaid.

_____
Notary Public
My commission expires: 4-9-08

767725/30778

# EXHIBIT A

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ .39 |
| Certified Fee | 2.40 |
| Return Reciept Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 4.64 |

Postmark Here

Sent To USA adidas International Group, LLC
c/o Charles Snyderman, Esq.
Street, Apt. No.; or PO Box No. 5301 Limestone Rd., Ste 214
City, State, ZIP+4 Wilmington DE 19808

7002 2410 0004 2222 0552

PS Form 3800, June 2002          See Reverse for Instructions

---

**Certified Mail Provides:**
- A mailing receipt
- A unique identifier for your mailpiece
- A record of delivery kept by the Postal Service for two years

*Important Reminders:*
- Certified Mail may ONLY be combined with First-Class Mail® or Priority Mail®.
- Certified Mail is *not* available for any class of international mail.
- NO INSURANCE COVERAGE IS PROVIDED with Certified Mail. For valuables, please consider Insured or Registered Mail.
- For an additional fee, a *Return Receipt* may be requested to provide proof of delivery. To obtain Return Receipt service, please complete and attach a Return Receipt (PS Form 3811) to the article and add applicable postage to cover the fee. Endorse mailpiece "Return Receipt Requested". To receive a fee waiver for a duplicate return receipt, a USPS® postmark on your Certified Mail receipt is required.
- For an additional fee, delivery may be restricted to the addressee or addressee's authorized agent. Advise the clerk or mark the mailpiece with the endorsement *"Restricted Delivery"*.
- If a postmark on the Certified Mail receipt is desired, please present the article at the post office for postmarking. If a postmark on the Certified Mail receipt is not needed, detach and affix label with postage and mail.

**IMPORTANT:** Save this receipt and present it when making an inquiry. Internet access to delivery information is not available on mail addressed to APOs and FPOs.

PS Form 3800, June 2002 (Reverse)          102595-02-M-1692

# EXHIBIT B

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   DEM / 30778

   USA Adidas International Group, LLC
   c/o Charles Snyderman, Esq.
   5301 Limestone Road
   Suite 214
   Wilmington, DE 19808

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X /s/ Clawson     ☐ Agent  ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery 12/5/6

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7002 2410 0006 2222 0552

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

---

UNITED STATES POSTAL SERVICE    WILMINGTON DE 19    05 DEC 2006 PM

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

DEM / 30778

David E. Moore, Esquire
Potter Anderson & Corroon, LLP
1313 North Market Street
P.O. Box 951
Wilmington, DE 19801

# EXHIBIT C

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ .39 |
| Certified Fee | 2.40 |
| Return Reciept Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 4.64 |

Postmark Here

7002 2410 0006 2222 0545

Sent To: U.S.A. Adidas Wandanu Int'l Holdings Ltd
Street, Apt. No.; or PO Box No.: c/o Delaware Intercorp, Inc. 113 Barksdale Professional Center
City, State, ZIP+4: Newark DE 19711-3258

PS Form 3800, June 2002                See Reverse for Instructions

**Certified Mail Provides:**
- A mailing receipt
- A unique identifier for your mailpiece
- A record of delivery kept by the Postal Service for two years

*Important Reminders:*
- Certified Mail may ONLY be combined with First-Class Mail® or Priority Mail®.
- Certified Mail is *not* available for any class of international mail.
- NO INSURANCE COVERAGE IS PROVIDED with Certified Mail. For valuables, please consider Insured or Registered Mail.
- For an additional fee, a *Return Receipt* may be requested to provide proof of delivery. To obtain Return Receipt service, please complete and attach a Return Receipt (PS Form 3811) to the article and add applicable postage to cover the fee. Endorse mailpiece "Return Receipt Requested". To receive a fee waiver for a duplicate return receipt, a USPS® postmark on your Certified Mail receipt is required.
- For an additional fee, delivery may be restricted to the addressee or addressee's authorized agent. Advise the clerk or mark the mailpiece with the endorsement *"Restricted Delivery"*.
- If a postmark on the Certified Mail receipt is desired, please present the article at the post office for postmarking. If a postmark on the Certified Mail receipt is not needed, detach and affix label with postage and mail.

**IMPORTANT:** Save this receipt and present it when making an inquiry. Internet access to delivery information is not available on mail addressed to APOs and FPOs.

PS Form 3800, June 2002 (Reverse)    102595-02-M-1692

# EXHIBIT D

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  Carol Ann Liggs  ☐ Agent  ☐ Addressee<br>B. Received by (*Printed Name*)    C. Date of Delivery  12/5 |
| 1. Article Addressed to:<br><br>DEM / 30778<br><br>U.S.A. Adidas.Wandanu Int'l Holdings Ltd.<br>c/o Delaware Intercorp, Inc.<br>113 Barksdale Professional Center<br>Newark, DE 19711-3258 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered    ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)  ☐ Yes |
| 2. Article Number<br>(*Transfer from service*) | 7002 2410 0006 2222 0545 |

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

DEM / 30778

David E. Moore, Esquire
Potter Anderson & Corroon, LLP
1313 North Market Street
P.O. Box 951
Wilmington, DE 19801