

**David E. Moore**
Attorney at Law
dmoore@potteranderson.com
302 984-6147  Direct Phone
302 658-1192  Fax

1313 North Market Street
P.O. Box 951
Wilmington, DE  19899-0951
302 984-6000

www.potteranderson.com

March 7, 2007

**VIA ELECTRONIC FILING**

The Honorable Sue L. Robinson
J. Caleb Boggs Federal Building
844 King Street
Wilmington, DE  19801

    Re:    **adidas AG, et al. v. USA Adidas International Group, LLC, et al.**
                **C.A. No. 06-675-SLR**

Dear Chief Judge Robinson:

      This firm represents Plaintiffs adidas AG and adidas America, Inc. (collectively, "adidas") in the above-referenced matter.  On behalf of adidas, we write to request that the Clerk be directed to enter default against Defendants USA Adidas International Group LLC and U.S.A. Adidas Wandanu Int'l Holdings Ltd. (collectively, "Defendants").

      By way of background, adidas filed its Complaint and served Defendants with the same on November 2, 2006 (D.I. 1, 4-5).  Over one month went by and neither Defendants nor any counsel for Defendants filed or served any responsive pleadings.  On December 4, 2006, adidas filed a Motion for Entry of Default directed to the Clerk of Court (D.I. 6).  It is our understanding that, under Federal Rule of Civil Procedure 55(a), entry of default "shall" be entered by the Clerk as a matter of course when a defendant (or, as in this case, defendants) "has failed to plead or otherwise defend" against the Complaint.  The Clerk has had the current motion, however, for over three months, and has yet to enter default.

      Resolution of this matter is extremely important to adidas.  adidas is currently pursuing an anti-counterfeiting case in Asia against persons and entities who are related to Defendants.  These defendants (in the Asian matter) are relying upon Defendants' Delaware corporate charters to insulate them from liability for selling counterfeit goods in China.

The Honorable Sue L. Robinson
March 7, 2007
Page 2

      Thus, adidas respectfully requests that the Clerk be directed to enter default against Defendants. Alternatively, adidas requests clarification from the Court on any further steps it needs to take or any additional information it needs to provide in order for the Clerk to enter default against Defendants. Counsel are available at the Court's convenience if Your Honor has any questions.

      Respectfully submitted,

      */s/ David E. Moore*

      David E. Moore

781887 / 30778

cc:    Clerk of the Court (via hand delivery)
       R. Charles Henn Jr., Esquire (via electronic mail)
       Sara Maurer, Esquire (via electronic mail)