IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ADIDAS AG and ADIDAS AMERICA, INC., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civ. No. 06-675-SLR |
| USA ADIDAS INTERNATIONAL GROUP, LLC and U.S.A. ADIDAS.WANDANU INT'L HOLDINGS LTD., | ) ) ) ) ) |
| Defendants. | ) ) |

### DEFAULT IN APPEARANCE

AN ENTRY OF DEFAULT IN APPEARANCE is entered against defendants USA Adidas International Group, LLC and U.S.A. Adidas.Wandanu Int'l Holdings Ltd. pursuant to Federal Rule of Civil Procedure 55(a) as defendant have failed to answer or otherwise respond to the complaint. (See D.I. 4, 5, and 6)

Dated: March 26, 2007

_____
(By) Deputy Clerk