## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

ADIDAS AG, and )
ADIDAS AMERICA, INC., )
            )
         Plaintiffs, )
            )
     v. )
            )   C. A. No. 06-675-SLR
USA ADIDAS INTERNATIONAL )
GROUP, LLC and U.S.A. ADIDAS )
WANDANU INT'L HOLDINGS LTD., )
            )
         Defendants. )

## MOTION FOR DEFAULT JUDGMENT

Pursuant to Federal Rule of Civil Procedure 55(b), and for the reasons stated in the accompanying Memorandum in Support of Plaintiffs' Motion for Default Judgment filed contemporaneously herewith, Plaintiffs adidas AG and adidas American, Inc. ("Plaintiffs") move this Court for entry of default judgment against Defendants USA Adidas International Group, LLC and U.S.A. Adidas Wandanu Int'l Holdings Ltd. ("Defendants") ordering:

1.    That Defendants, the officers, agents, representatives, employees of Defendants, and all persons acting in concert with Defendants, be permanently enjoined from:

    a.  using the ADIDAS mark or any other copy, reproduction, or colorable imitation, or simulation of Plaintiffs' ADIDAS mark on or in connection with Defendants' goods or services or as the name of Defendants' compan(ies);

    b.  using any trademark, service mark, name, logo, design, or source designation of any kind on or in connection with Defendants' goods or services that is a

copy, reproduction, colorable imitation, or simulation of, or confusingly similar to, or in any way similar to the trademarks, service marks, names, or logos or adidas;

c.  using any trademark, service mark, name, logo, design, or source designation of any kind on or in connection with Defendant's goods or services that is likely to cause confusion, mistake, deception, or public misunderstanding that such goods or services are produced or provided by adidas, or are sponsored or authorized by or in any way connected or related to adidas;

d.  using any trademark, service mark, name, logo, design, or source designation of any kind on or in connection with Defendants' goods or services that dilutes or is likely to dilute the distinctiveness of the trademarks, service marks, names, or logos of adidas;

e.  passing off, palming off, or assisting in passing off or palming off, Defendant's goods or services as those of adidas, or otherwise continuing any and all acts of unfair competition as alleged in this Complaint; and

f.  any other conduct that is likely to cause confusion or to cause mistake or to deceive as to the source, affiliation, connection or association, approval or sponsorship of Defendants' business, products, or services.

2.      That, within ten (10) days of service of this Order, Defendants shall: (a) amend their certificates of incorporation to remove the term "ADIDAS" from their corporate names and file such amendment with the Delaware Secretary of State; or (b) request the Delaware Secretary of State to cancel their corporate charters;

3.    That Defendants pay to adidas the cost of this action and reasonable attorneys' fees in the amount of $14,067.10; and

4.    That Plaintiffs have such other relief as this Court may deem just and proper.

A proposed Order is attached for the Court's convenience as Exhibit 1.

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

R. Charles Henn Jr.
Sara Maurer
KILPATRICK STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309-4530
Tel: (404) 815-6500
Fax: (404) 541-3240

Dated: April 30, 2007

By:  /s/ David E. Moore
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market St.
P.O. Box 951
Wilmington, Delaware 19899
Tel: (302) 984-6027
Fax: (302) 658-1192

*Attorneys for Plaintiffs*

792111 / 30778

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

      I, David E. Moore, hereby certify that on April 30, 2007 a copy of the

foregoing document was served upon Defendants by U.S. First Class Certified Mail

(return receipt requested) at the following addresses of record and was electronically filed

with the Clerk of the Court using CM/ECF:

| | |
|---|---|
| USA Adidas International Group, LLC<br>c/o Charles Snyderman, Esq.<br>5301 Limestone Road<br>Suite 214<br>Wilmington, DE 19808 | U.S.A. Adidas.Wandanu Int'l Holdings Ltd.<br>c/o Delaware Intercorp, Inc.<br>113 Barksdale Professional Center<br>Newark, DE 19711-3258 |

By:  */s/ David E. Moore*
        Richard L. Horwitz
        David E. Moore
        Hercules Plaza, 6th Floor
        1313 N. Market Street
        Wilmington, Delaware 19899-0951
        (302) 984-6000
        rhorwitz@potteranderson.com
        dmoore@potteranderson.com

765319 / 30778

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ADIDAS AG, and<br>ADIDAS AMERICA, INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | C. A. No. 06-675-SLR |
| USA ADIDAS INTERNATIONAL<br>GROUP, LLC and U.S.A. ADIDAS<br>WANDANU INT'L HOLDINGS LTD., | ) ) ) ) | |
| Defendants. | ) | |

## ORDER

This matter is before the Court on Plaintiffs' Motion for Default Judgment. Having reviewed the Plaintiffs' motion and supporting memorandum, and pursuant to Federal Rule of Civil Procedure 55(b), IT IS HEREBY ORDERED THAT:

1.    Plaintiffs' Motion for Default Judgment is GRANTED;

2.    Defendants, the officers, agents, representatives, employees of Defendants, and all persons acting in concert with Defendants, are permanently enjoined from:

g.  using the ADIDAS mark or any other copy, reproduction, or colorable imitation, or simulation of Plaintiffs' ADIDAS mark on or in connection with Defendants' goods or services or as the name of Defendants' compan(ies);

h.  using any trademark, service mark, name, logo, design, or source designation of any kind on or in connection with Defendants' goods or services that is a copy, reproduction, colorable imitation, or simulation of, or confusingly

similar to, or in any way similar to the trademarks, service marks, names, or logos or adidas;

i.  using any trademark, service mark, name, logo, design, or source designation of any kind on or in connection with Defendant's goods or services that is likely to cause confusion, mistake, deception, or public misunderstanding that such goods or services are produced or provided by adidas, or are sponsored or authorized by or in any way connected or related to adidas;

j.  using any trademark, service mark, name, logo, design, or source designation of any kind on or in connection with Defendants' goods or services that dilutes or is likely to dilute the distinctiveness of the trademarks, service marks, names, or logos of adidas; and

k.  passing off, palming off, or assisting in passing off or palming off, Defendant's goods or services as those of adidas, or otherwise continuing any and all acts of unfair competition as alleged in this Complaint;

l.  any other conduct that is likely to cause confusion or to cause mistake or to deceive as to the source, affiliation, connection or association, approval or sponsorship of Defendants' business, products, or services.

3.  Within ten (10) days of service of this Order, Defendants shall: (a) amend their certificates of incorporation to remove the term "ADIDAS" from their corporate names and file such amendment with the Delaware Secretary of State; or (b) request the Delaware Secretary of State to cancel their corporate charters;

4.    Within ten (10) days of service of this Order, Defendants shall pay to Plaintiffs the cost of this action and reasonable attorneys' fees in the amount of $14,067.10, pursuant to 15 U.S.C. § 1117(a).

IT IS SO ORDERED, this _____ day of May, 2007.


_____
United States District Judge