**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ADIDAS AG, and<br>ADIDAS AMERICA, INC.,<br><br>        Plaintiffs,<br><br>        v.<br><br>USA ADIDAS INTERNATIONAL<br>GROUP, LLC and U.S.A. ADIDAS<br>WANDANU INT'L HOLDINGS LTD.,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   C. A. No. 06-675-SLR<br>)<br>)<br>)<br>)<br>)<br>) |

**MEMORANDUM IN SUPPORT OF**
**MOTION FOR DEFAULT JUDGMENT**

Plaintiffs adidas AG and adidas America, Inc. (collectively, "adidas") filed the

Complaint in this action on November 2, 2006. *See* D.I. 1. In compliance with Fed. R.

Civ. P. 4(c), Defendants USA Adidas International Group, LLC and U.S.A. Adidas

Wandanu Int'l Holdings Ltd. (collectively, "Defendants") were served with a copy of the

Summons and Complaint on the same day. *See* D.I. 4-5.

Pursuant to Fed. R. Civ. P. 12(a)(1)(A), Defendants were required to file and

serve their Answer on adidas no later than November 22, 2006. However, no responsive

pleading was filed or served. On March 26, 2007, pursuant to adidas's motion, the Clerk

entered default against both Defendants. *See* D.I. 9.

The Complaint seeks an injunction, an order that Defendant direct the Delaware

Secretary of State to cancel their corporate charters, profits, damages, the costs of this

action, and reasonable attorneys' fees for trademark infringement, unfair competition,

dilution, injury to business reputation, and deceptive trade practices.  In light of

Defendants' default, adidas could request judgment awarding each of these forms of

relief. In an effort to bring an efficient resolution to this dispute, however, in its motion for default judgment, adidas requests merely injunctive relief, an order that Defendants cancel or otherwise amend their certificates of incorporation to remove the term "ADIDAS" from their corporate names, and an award of costs and reasonable attorneys' fees. Specifically, adidas seeks entry of default judgment and requests that this Court order:

  1. That Defendants, the officers, agents, representatives, employees of Defendants, and all persons acting in concert with Defendants, be permanently enjoined from:

   a. using the ADIDAS mark or any other copy, reproduction, or colorable imitation, or simulation of Plaintiffs' ADIDAS mark on or in connection with Defendants' goods or services or as the name of Defendants' compan(ies);

   b. using any trademark, service mark, name, logo, design, or source designation of any kind on or in connection with Defendants' goods or services that is a copy, reproduction, colorable imitation, or simulation of, or confusingly similar to, or in any way similar to the trademarks, service marks, names, or logos or adidas;

   c. using any trademark, service mark, name, logo, design, or source designation of any kind on or in connection with Defendant's goods or services that is likely to cause confusion, mistake, deception, or public misunderstanding that such goods or services are produced or provided by adidas, or are sponsored or authorized by or in any way connected or related to adidas;

d.  using any trademark, service mark, name, logo, design, or source designation of any kind on or in connection with Defendants' goods or services that dilutes or is likely to dilute the distinctiveness of the trademarks, service marks, names, or logos of adidas;

e.  passing off, palming off, or assisting in passing off or palming off, Defendant's goods or services as those of adidas, or otherwise continuing any and all acts of unfair competition as alleged in this Complaint; and

f.  any other conduct that is likely to cause confusion or to cause mistake or to deceive as to the source, affiliation, connection or association, approval or sponsorship of Defendants' business, products, or services.

2.    That, within ten (10) days of service of this Order, Defendants shall: (a) amend their certificates of incorporation to remove the term "ADIDAS" from their corporate names and file such amendment with the Delaware Secretary of State; or (b) request the Delaware Secretary of State to cancel their corporate charters; and

3.    That Defendants pay to adidas the cost of this action and reasonable attorneys' fees.

## Undisputed Facts

adidas is currently, and for years has been, one of the world's leading manufacturers of athletic footwear, sportswear, and sporting equipment. adidas and its affiliates have used the ADIDAS mark in commerce in the United States since at least as early as 1952 and in China since at least as early as 1974, and the ADIDAS mark has come to symbolize adidas's high-quality athletic footwear, sportswear, and sporting

equipment, in the United States, China, and throughout the world. *See* D.I. 1 at ¶ 8.[1] As a result of adidas's extensive and continuous promotion and use of its ADIDAS mark both in the United States and throughout the world, the mark had become a distinctive, famous, and well-known symbol of adidas's goods and services well before Defendants began using the mark in connection with their goods. *See* D.I. 1 at ¶ 10, Ex. A.

adidas has also used the ADIDAS mark in connection with its frequent sponsorship of sports tournaments and organizations, as well as professional athletes. For example, adidas has long-term relationships with the New York Yankees, Notre Dame, the University of California at Los Angeles, the University of Nebraska, and the University of Tennessee. For many years, adidas has been a sponsor of the World Cup soccer tournament, the world-famous Boston Marathon, and many other events, teams, and individuals. adidas is also a partner of the 2008 Beijing Olympic Games and of the Chinese Olympic Committee for Gym Clothing. Prominent use of the ADIDAS mark in connection with these sponsorship and partnership activities have further enhanced the mark's recognition and fame. *See* D.I. 1 at ¶¶ 9-10 adidas is the owner of multiple federal registrations for its ADIDAS mark and variations of that mark, including:

| Mark | Reg. No. | Reg. Date | Goods |
|------|----------|-----------|-------|
| ADIDAS | 883,592 | 01/06/1970 | "Tote bags" |
| ADIDAS (& design) | 891,222 | 05/19/1970 | "Sports shoes – namely, track and field shoes, bowling, baseball, boxing, football, skating, golf, and soccer shoes" and "Sportswear – namely, suits, shorts, pants, tights, |

---

[1] The facts set forth in adidas's Complaint are deemed admitted because they are set forth in the Complaint and Exhibits to it, and have not been denied or otherwise refuted. *See Beal Bank, SSB v. Lucks*, 791 A.2d 752, 756 (Del. Ch. 2000) ("The effect of a default is simply to admit all of the well-pleaded allegations in the Complaint.").

| | | | |
|---|---|---|---|
| | | | shirts, gloves, and the like; jerseys; socks; sport shoes, namely, track and field training shoes, basketballs shoes, and tennis shoes" |
| ADIDAS (stylized) | 1,300,627 | 10/16/1984 | "Sportswear – namely, suits, shorts, pants, tights, shirts, jerseys, socks, gloves, jackets, coats, swimwear, sweaters, caps, pullovers, warm-up suits, rain suits, ski suits, jump suits, boots, shoes, slippers" |
| ADIDAS (& design) | 1,253,013 | 10/04/1983 | "Sportswear – namely, suits, shorts, pants, tights, shirts, jerseys, socks, gloves, jackets, coats, swimwear, sweaters, caps, pullovers, warmup suits, rain suits, ski suits, jump suits, shoes and slippers" |
| ADIDAS | 2,734,256 | 07/08/2003 | "Mineral and aerated waters; fruit drinks; soft drinks; concentrates, syrups or powders used in the preparation of soft drinks and fruit drinks" |
| ADIDAS | 2,330,481 | 03/21/2000 | "Computer game programs; computer game software; video game software" |
| ADIDAS | 2,138,288 | 02/24/1998 | "Eyeglasses and sunglasses" and "Watches and wrist watches" |
| ADIDAS | 1,050,759 | 10/19/1976 | "Balls of every kind, rackets for tennis, squash or shuttlecock; ice and roller skates, ski and ski equipment, and racket covers" |
| ADIDAS EQUIPMENT | 1,931,827 | 10/31/1995 | "Sport and leisure wear; namely, shorts, pants, shirts, t-shirts, jerseys, tights, socks, gloves, jackets, swimwear, sweaters, caps and hats, pullovers, warm-up suits, rain suits, ski suits, jump suits, boots, slippers, sandals, specific purpose athletic shoes, and general purpose sport shoes" |

*See* D.I. 1 at ¶ 10, Ex. A.

adidas is also the owner of various state trademark registrations for its well-known ADIDAS mark, including the following Delaware state registrations:

| Mark | Reg. No. | Reg. Date | Goods |
|------|----------|-----------|-------|
| ADIDAS | 2006/305,9540 | 08/01/2006 | "Sports and leisure wear, namely suits, shorts, pants, sweatpants, leggings, skirts, skorts, dresses, blouses, shirts, t-shirts, sleeveless tops, polo shirts, vests, jerseys, sweaters, sweatshirts, pullovers, coats, jackets, track suites, training suites, jump suits, warmup suits, rain suits, ski suits, swim wear, underwear, tights, stockings, socks, gloves, scarves, ties, waistbands, belts; Headgear, namely, caps, hats, visors, headbands; Athletic footwear and leisure footwear, namely, boots, slides, sandals, slippers, loafers, trainers, specific purpose athletic shoes and general purpose sports shoes. |
| ADIDAS | 2006/305,7197 | 08/01/2006 | "Organizing athletic tournaments; entertainment in the nature of basketball and soccer games; running and golfing events, tennis matches, providing motivational speakers and personal appearances by sporting celebrities; training services in the field of athletics; and sporting events. |

*See* D.I. 1 at ¶ 11, Ex. B.

On December 24, 1974, adidas registered the ADIDAS mark in China (Reg. No. 71092). adidas currently owns sixteen registered trademarks in China for the ADIDAS mark and its translated equivalent in Chinese for a variety of different goods. *See* D.I. 1 at ¶ 12, Ex. C.

adidas has a tradition of producing high-quality sporting goods and clothing and is known worldwide for its regular involvement with and participation in the sporting world. In recent years, adidas and its affiliates have realized sales of products bearing the ADIDAS mark in the billions of dollars globally. The ADIDAS mark has become an internationally famous symbol of the goodwill earned and established by the consistently high caliber of adidas's goods and services. The China State Administration for Industry and Commerce has listed adidas's ADIDAS mark on its Protection List for National Important Trademarks. *See* D.I. 1 at ¶ 13.

Long after Plaintiffs' ADIDAS mark had become well-known throughout the world and identified in the mind of consumers as a source indicator of adidas's goods, and with full knowledge of adidas's rights in the ADIDAS mark, Defendants registered as corporate entities in the State of Delaware, incorporating the term "ADIDAS" into their corporate names. *See* D.I. 1 at ¶ 14, Ex. D.

Defendants produce, distribute, and sell goods in China under the mark "ADIDAS." Defendants also use the mark "ADIDAS" in business advertisements, store signage, hang tags, and product packaging in China. *See* D.I. 1 at ¶ 15.

By incorporating under "ADIDAS" names in the State of Delaware in the United States and then manufacturing and selling "ADIDAS" goods in China, Defendants have intentionally attempted to use an American process to perpetrate infringement in China, under whose law allows use of a term that is contained in an entity's registered name. *See* D.I. 1 at ¶ 16.

Defendants and the Chinese entities Shanghai An Dao Sport Product Company and Shanghai An Dao Shoes Company (the "Chinese Entities") are commonly owned and

operated. *See* D.I. 1 at ¶ 17.  On September 26, 2006, the Changsha Intermediate People's Court in the People's Republic of China held that the Chinese Entities were infringing adidas's well-known trademark rights. *See* D.I. 1 at ¶ 18, Ex. E.

Defendants do not have any present affiliation, association, or connection with or authorization from adidas. *See* D.I. 1 at ¶ 19.  The goods sold by Defendants are similar to and compete with goods sold by adidas, and are sold through overlapping channels of trade. *See* D.I. 1 at ¶ 20.

Defendants' use of confusingly similar imitations of Plaintiffs' ADIDAS mark is likely to cause confusion, deception, and mistake by creating the false and misleading impression that Defendants' goods are manufactured or distributed by adidas, or associated or connected with adidas, or have the sponsorship, endorsement, or approval of adidas. *See* D.I. 1 at ¶ 26.  Defendants' activities have caused and will continue to cause a likelihood of confusion and deception of members of the trade and public, and additionally, injury to adidas's goodwill and reputation as symbolized by the federally registered ADIDAS mark. *See* D.I. 1 at ¶ 27.  Defendants' actions demonstrate an intentional, willful, and malicious intent to trade on the goodwill associated with adidas's federally registered ADIDAS mark to adidas's great and irreparable injury. *See* D.I. 1 at ¶ 28.

Defendants' use of confusingly similar imitations of Plaintiffs' ADIDAS mark has caused and is likely to cause confusion, deception, and mistake by creating the false and misleading impression that Defendants' goods are manufactured or distributed by adidas, or affiliate, connected, or associated with adidas, or have the sponsorship, endorsement, or approval of adidas. *See* D.I. 1 at ¶ 31.  Defendants have made false

representations, false descriptions, and false designations of origin of its goods and Defendants' activities have caused and will continue to cause a likelihood of confusion and deception of members of the trade and public and, additionally, injury to adidas's goodwill and reputation as symbolized by the ADIDAS mark. *See* D.I. 1 at ¶ 32. Defendants' actions demonstrate an intentional, willful, and malicious intent to trade on the goodwill associated with Plaintiffs' ADIDAS mark to the great and irreparable injury of adidas. *See* D.I. 1 at ¶ 33.

Defendants are making commercial use in commerce of marks that dilute and are likely to dilute the distinctiveness of Plaintiffs' ADIDAS mark by eroding the public's exclusive identification of these famous marks with adidas, tarnishing and degrading the positive associations and prestigious connotations of the marks, and otherwise lessening the capacity of the marks to identify and distinguish goods and services. *See* D.I. 1 at ¶¶ 37, 42. Defendants' actions demonstrate an intentional, willful, and malicious intent to trade on the goodwill associated with Plaintiffs' ADIDAS mark or to cause dilution of the ADIDAS mark, to the great and irreparable injury of adidas. *See* D.I. 1 at ¶¶ 38, 43. Defendants have caused and will continue to cause irreparable injury to adidas's goodwill and business reputation, and dilution of the distinctiveness and value of adidas's famous and distinctive ADIDAS mark. *See* D.I. 1 at ¶¶ 39, 43.

Defendants have been and are passing off their goods as those of adidas, causing a likelihood of confusion or misunderstanding as to the source, sponsorship, approval, or certification of Defendants' goods, causing a likelihood of confusion or of misunderstanding as to affiliation, connection, or association with, or certification by, adidas, and otherwise damaging the public. Defendants' conduct constitutes deceptive

trade practices in the course of a business, vocation, or occupation. *See* D.I. 1 at ¶ 46. Defendants' unauthorized use of confusingly similar imitations of Plaintiffs' ADIDAS mark has caused and is likely cause substantial injury to the public and to adidas. *See* D.I. 1 at ¶ 47.

adidas initiated this action by filing a Complaint on November 2, 2007. *See* D.I. 1. Defendants' registered agents were served on November 2, 2007. *See* Doc. Nos. 4-5. The Clerk of Court entered default against Defendants on March 26, 2007. *See* D.I. 9. adidas now seeks relief in the form of default judgment and entry of a permanent injunction.

### Argument

#### I.    Injunctive Relief

The Lanham Act specifically authorizes injunctive relief where a defendant engages in trademark infringement, dilution, and unfair competition. *See* 15 U.S.C. § 1116. Such irreparable injury can be remedied only through permanent injunctive relief. *Sanofi-Aventis v. Avancis Pharm. Corp.*, 453 F.Supp. 2d 834, 858 (D. Del. 2006) (issuing an order for permanent injunction because the court found irreparable injury as a matter of law due to Defendant's trademark infringement); *see also* 4 J. Thomas McCarthy, MCCARTHY ON TRADEMARKS & UNFAIR COMPETITION §§ 24:73, 30:1 (4th ed. 2007) (noting that the traditional remedy against dilution and unfair competition is injunctive relief).

adidas is also entitled to an injunction based on Defendants' conduct constituting dilution, injury to business reputation, and deceptive trade practices in violation of Delaware law. *See* 6 Del. C. § 3313 (2006) ("Likelihood of injury to business reputation

or of dilution of the distinctive quality of a mark registered under this chapter, or a mark valid at common law or a trade name valid at common law, shall be a ground for injunctive relief notwithstanding the absence of competition between the parties, or the absence of confusion as to the source of goods or services."); 6 Del. C. § 3313 (2006) ("A person likely to be damaged by a deceptive trade practice of another may be granted an injunction against it under the principles of equity and on terms that the court considers reasonable.")

The undisputed facts show that adidas has suffered, and will continue to suffer irreparable harm by virtue of Defendants' intentional acts of infringement, unfair competition, dilution, injury to business reputation, and deceptive trade practices. *See supra*, Undisputed Facts.

## II.    Order Directing Cancellation or Amendment of Corporate Charters

adidas also seeks an Order that Defendants cancel their corporate charters (via dissolution or forfeiture) or otherwise change their corporate names to remove the term "ADIDAS." Because their current corporate registrations include the term "ADIDAS" as a component of Defendants' names, Defendants are able to continue their wrongful and infringing conduct in China. In cases such as this where use of another's trademark in a corporate name is perpetrating infringement and causing confusion, injunctive relief is proper. *See Carlton Hotel Stores, Inc. v. Carlton's Mens Wear, Inc.*, 508 A.2d 72, 72 (Del. 1986) (affirming Chancery Court's order enjoining defendant from using "CARLTON" and directing defendant to amend its corporate charter to eliminate the term); *Air Reduction Co. v. Airco Supply Co.*, 258 A.2d 302, 307-08 (Del. Ch. 1969) (granting plaintiff injunctive relief and ordering defendant to change to a new corporate

name omitting plaintiff's trademark "AIRCO"). At a minimum, Defendants should be ordered to amend their corporate charters to remove the term "ADIDAS."

## III.    Attorneys' Fees

Finally, adidas requests an award of costs and reasonable attorneys' fees pursuant to 15 U.S.C. § 1117(a). District courts have considerable discretion in handling motions for attorneys' fees in "exceptional" cases under § 1117(a). *Securacomm Consulting, Inc. v. Securacom Inc.*, 224 F.3d 273, 279 (3d Cir. 2000) (noting that attorneys' fees awards will be reviewed for abuse of discretion). Courts in the Third Circuit generally allows a prevailing plaintiff to recover attorneys' fees under § 1117(a) if the "culpable conduct by a defendant" renders the case exceptional. *Id.* at 280. Such culpable conduct includes willful infringement, bad faith, fraud, and malice. *Id.*

To date, adidas has incurred expenses in the amount of $1,684.10 and attorneys fees in the amount of $10,883. *See* Declaration of Sara Maurer ("Maurer Decl.") ¶ 3 (attached hereto as Exhibit 1); Declaration of Richard L. Horwitz ("Horwitz Decl.") ¶¶ 5-7 (attached hereto as Exhibit 2). adidas anticipates an additional $1,500 in fees and expenses associated with this motion, bringing the total fees and expenses to $14,067.10. *See* Maurer Decl. ¶ 3; Horwitz Decl. ¶ 6. This amount represents a reasonable fee in light of the experience of counsel, the nature of the case, and the services provided. *See* Maurer Decl. ¶¶ 4-7; Horwitz Decl. ¶ 4. Considering Defendants' willful and malicious intent in using the ADIDAS mark in an attempt to defraud customers and dilute the distinctive quality of the ADIDAS mark, adidas's requested fees are warranted. *Securacomm Consulting, Inc.*, 224 F.3d at 282-83 (affirming award of $233,000 where conduct of defendant was culpable); *see also Microsoft Corp. v. Sellers*, 411 F. Supp. 2d

913, 921 (6th Cir. 2006) (granting fees and costs where willful infringement was found); *Taco Cabana Int'l, Inc. v. Two Pesos, Inc.*, 932 F.2d 1113, 1124 (5th Cir. 1991) (attorney fee award of $940,000 affirmed where, *inter alia*, defendant "brazenly copied" plaintiff's trade dress).

## Conclusion

Defendants' infringing conduct should be permanently enjoined and adidas should be reimbursed for the reasonable attorneys' fees and costs it has incurred in attempting to put a stop to Defendants' deliberately infringing activities. Because no responsive pleading was filed within the time provided by the Rules, pursuant to Federal Rule of Civil Procedure 55(b), adidas respectfully requests that the Court grant this Motion and enter judgment by default against Defendants for the relief sought herein.

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

R. Charles Henn Jr.
Sara Maurer
KILPATRICK STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309-4530
Tel: (404) 815-6500
Fax: (404) 541-3240

Dated: April 30, 2007

By: */s/ David E. Moore*
    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
    Hercules Plaza, 6th Floor
    1313 N. Market St.
    P.O. Box 951
    Wilmington, Delaware 19899
    Tel: (302) 984-6027
    Fax: (302) 658-1192

*Attorneys for Plaintiffs*

792114 / 30778

13

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on April 30, 2007 a copy of the

foregoing document was served upon Defendants by U.S. First Class Certified Mail

(return receipt requested) at the following addresses of record and was electronically filed

with the Clerk of the Court using CM/ECF:

USA Adidas International Group, LLC
c/o Charles Snyderman, Esq.
5301 Limestone Road
Suite 214
Wilmington, DE 19808

U.S.A. Adidas.Wandanu Int'l Holdings Ltd.
c/o Delaware Intercorp, Inc.
113 Barksdale Professional Center
Newark, DE 19711-3258

By:  /s/ David E. Moore
      Richard L. Horwitz
      David E. Moore
      Hercules Plaza, 6th Floor
      1313 N. Market Street
      Wilmington, Delaware 19899-0951
      (302) 984-6000
      rhorwitz@potteranderson.com
      dmoore@potteranderson.com

765319 / 30778

# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ADIDAS AG, and                                )
ADIDAS AMERICA, INC.,                         )
                                              )
            Plaintiffs,                       )
                                              )     C. A. No. 1:06-00675-SLR
v.                                            )
                                              )
USA ADIDAS INTERNATIONAL                      )
GROUP, LLC and U.S.A. ADIDAS                  )
WANDANU INT'L HOLDINGS LTD.,                  )
                                              )
            Defendants.                       )
_____ )

## DECLARATION OF SARA MAURER

1.      My name is Sara Maurer. I am an associate with the law firm Kilpatrick Stockton

LLP ("Kilpatrick"). I am over the age of majority and competent to make this declaration

based on my personal knowledge and review of documents created and maintained by my

firm in the ordinary course of business.

2.      R. Charles Henn Jr., a partner with Kilpatrick, and I represent Plaintiffs adidas

AG and adidas America, Inc. (collectively, "adidas") in this lawsuit against Defendants

USA Adidas International Group, LLC and U.S.A. Adidas Wandanu Int'l Holdings Ltd.

(collectively, "Defendants"). Kilpatrick requires lawyers and other timekeepers to track

their time so as to be prepared for fee petitions and to track client and firm investment in

any particular matter. Consistent with my firm's practice, all time related to this matter

was tracked by all timekeepers. In my firm, each billing timekeepers' time is routinely

recorded, with appropriate descriptions, each day. As a matter of Kilpatrick practice and policy, all applicable time must be entered, finalized, and closed at the each work day.

3.    I have reviewed my firm's billing and timekeeping records related to this matter. The total dollar value of the timekeepers' fees from Kilpatrick for this matter through April 26, 2007 is $7,185.00. That figure does not reflect unrecorded time or time recorded to the matter but not billed. In addition to unbilled time, even recorded time was not always billed—for me or for Mr. Henn—at an amount equal to the actual hours worked multiplied by the standard hourly billing rate. The hours invested, by timekeeper, are listed in the report attached hereto as **Exhibit A**. A true and correct copy of a summary report of expenses, totaling $1,555.80 and incurred by adidas through April 26, 2007 in prosecuting this action is attached as **Exhibit B**. This expense report is drawn from Kilpatrick's regularly maintained time and billing records. Narrative descriptions of all fees and a description of all costs through March 31, 2007 and billed to the Plaintiffs are included in copies of relevant pages of invoices attached hereto as **Exhibit C**.[1]   I further estimate that an additional $500 in fees will be incurred in April as a result of preparing this motion for default judgment. Thus, the total fees for services rendered by Kilpatrick in connection with this case will total approximately $7,685, bringing the total fees and expenses to $9,240.80.

4.    Both Mr. Henn and I are specialized trademark attorneys. A true and correct copy of our current biographies are attached as **Exhibit D**. The biographies indicate the our

---

[1]   Kilpatrick currently works on several other matters for adidas and thus, pages of the invoices related to those unrelated matters have been omitted and/or redacted.

years of experience and provide a summary listing of some of our specific trademark or litigation experience. Generally, I was responsible for investigating Defendants' infringement, conducting legal research, and drafting initial pleadings. I have also been responsible for drafting adidas's Motion for Entry of Default and Motion for Default Judgment and their supporting documents. Mr. Henn was responsible for overseeing the case and reviewing and editing pleadings.

5.     The American Intellectual Property Law Association's ("AIPLA") Report of the Economic Survey 2005 reports data for typical 2004 billing rates for intellectual property attorneys surveyed. AIPLA conducts this survey every other year. A true and correct copy of excerpts of this report are attached as **Exhibit E.**

6.     I am a second year attorney and my hourly rate is $230. This rate is within the range of hourly rates for intellectual property attorneys with comparable levels of experience, based on the AIPLA survey. This rate is well below the median rate of $260 identified in the PricewaterhouseCoopers survey for associates with the same law school graduation year. A true and correct copy of the PricewaterhouseCoopers survey is attached as **Exhibit F.**

7.     Mr. Henn has more than eight years of trademark litigation experience and has been recognized by his peers and the media as one of the top young intellectual property litigators in Atlanta. Mr. Henn's hourly rate is $375, which falls squarely within the range of other intellectual property attorneys with 7-9 years of experience based on the AIPLA survey. His hourly rate also appears below the median rate reported in the 2006 PricewaterhouseCoopers survey.

I declare under penalty of perjury, that the foregoing is true and correct to the best of my knowledge and belief.

This 27th day of April, 2007.

_Sara Maurer_

Sara Maurer

# EXHIBIT A

336297 adidas v. USA adidas International Group, LLC et. al

TOTAL HOURS WORKED AND BILLED BY TIMEKEEPER (through April 26, 2007)

| Name | Title | Hours Worked | Value Worked | Hours Billed | Amount Billed | Effective Billing Rate |
|------|-------|-------------|--------------|-------------|---------------|------------------------|
| R. Charles Henn | Partner | 1.00 | $ 365.00 | 1.00 | $ 365.00 | $365.00 |
| Sara Maurer | Associate | 31.20 | $ 6,820.00 | 31.20 | $ 6,820.00 | $218.59 |
| TOTALS | | 32.20 | $ 7,185.00 | 32.20 | $ 7,185.00 | |

**EXHIBIT B**

**336297 adidas v. USA adidas International Group, LLC et. al**

<u>TOTAL EXPENSES BILLED (through April 26, 2007)</u>

| Expenses Description | Disbursed | Billed |
|---|---|---|
| Long Distance Charges | $6.93 | $6.93 |
| Document Reproduction | $1.80 | $1.80 |
| Professional Services | $1,547.07 | $1,547.07 |
| **TOTAL** | **$1,555.80** | **$1,555.80** |

# EXHIBIT C



**KILPATRICK STOCKTON LLP**

Attorneys at Law

*Please Remit Payments Only To:*
*P.O. Box 945614*
*Atlanta Georgia 30394*
*Telephone (866)244-4934*
**www.kilpatrickstockton.com**
**Fed I.D. 58-0511774**

October 18, 2006

ADIDAS INTERNATIONAL MARKETING B.V.
INTELLECTUAL PROPERTY DEPARTMENT
P.O. BOX 69001
1060 CA AMSTERDAM
THE NETHERLANDS

Client:    A0224
Invoice:   10876471

---

## INVOICE FOR LEGAL SERVICES RENDERED

---

| Matter | Description | Fees | Disbursements | Total |
|--------|-------------|------|---------------|-------|
| ███████ | ██████████████████████ | ███████ | ███████ | ███████ |
| ███████ | ██████████████████████ | ███████ | ███████ | ███████ |
| ███████ | ██████████████████ | ███████ | ███████ | ███████ |
| ███████ | ██████████████████ | ███████ | ███████ | ███████ |
| ███████ | ██████████████████ | ███████ | ███████ | ███████ |
| ███████ | ██████████████ | ███████ | ███████ | ███████ |
| ███████ | ██████████████████ | ███████ | ███████ | ███████ |
| ███████ | ██████ | ███████ | ███████ | ███████ |
| ███████ | ██████████ | ███████ | ███████ | ███████ |
| 336297 | v. USA ADIDAS INTERNATIONAL | 1,347.50 | 0.00 | 1,347.50 |
|  | **TOTALS** | ███████ | ███████ | ███████ |

*Please return this page with payment*
*Due and Payable upon receipt. 1% interest per month charged on balances after 30 days.*

---

Bank: Wachovia Bank of Georgia
Atlanta, Georgia
ABA Routing No.:   061 000 227

Credit: Kilpatrick Stockton LLP
Account No.: 2000131592388
Swift Code: PNBPUS33

ATLANTA  AUGUSTA  CHARLOTTE  LONDON  NEW YORK  RALEIGH  STOCKHOLM  WASHINGTON  WINSTON-SALEM



**KILPATRICK STOCKTON LLP**

Attorneys at Law

*Please Remit Payments Only To:*
*P.O. Box 945614*
*Atlanta Georgia 30394*
*Telephone (866)244-4934*
**www.kilpatrickstockton.com**
**Fed I.D. 58-0511774**

October 18, 2006

ADIDAS INTERNATIONAL MARKETING B.V.
INTELLECTUAL PROPERTY DEPARTMENT
P.O. BOX 69001
1060 CA AMSTERDAM
THE NETHERLANDS

| | |
|---|---|
| Client: | A0224 |
| Matter: | 336297 |
| Invoice # | 10876471 |

RE:    v. USA ADIDAS INTERNATIONAL

**For Professional Services Through September 30, 2006:**

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 09/21/2006 | SM | Draft complaint against Delaware corporations selling counterfeit goods in China under the ADIDAS trademark. | 4.50 | 877.50 |
| 09/22/2006 | SM | Review and revise complaint against Delaware corporations selling counterfeit goods in China under the ADIDAS trademark. | 0.60 | 117.00 |
| 09/25/2006 | RCH | Review and revise Complaint; conference with Ms. Maurer regarding same. | 0.50 | 177.50 |
| 09/25/2006 | SM | Review and revise complaint against Delaware corporations selling "ADIDAS" labeled goods in China. | 0.40 | 78.00 |
| 09/27/2006 | SM | Correspond with Mr. Rich Horwitz regarding Delaware action against Chinese infringers; correspond with Ms. Michelle Briggs regarding Chinese trademark registration for exhibit to complaint against Chinese infringers. | 0.40 | 78.00 |
| 09/29/2006 | SM | Call local counsel regarding filing complaint against Chinese infringers. | 0.10 | 19.50 |
| | | **Total Fees** | | **$1,347.50** |

| Summary | Timekeeper Name | Hours | Rate/Hour | Amount |
|---|---|---|---|---|
| RCH | R. C. Henn | 0.50 | 355.00 | 177.50 |
| SM | Sara Maurer | 6.00 | 195.00 | 1,170.00 |

*Amounts are calculated per entry, rounding discrepancies may occur in summaries or totals as a result of prearranged discounts.*

Other Charges include a reasonable allocation of related overhead expenses.
Due and Payable upon receipt. 1% interest per month charged on balances after 30 days.

**Atlanta    Augusta    Charlotte    London    New York    Raleigh    Stockholm    Washington    Winston-Salem**

A0224/336297                                                                    Page 2

| *Summary*   *Timekeeper Name* | | *Hours* | *Rate/Hour* | *Amount* |
|---|---|---|---|---|
| | **Totals** | **6.50** | | **$1,347.50** |

**TOTAL AMOUNT DUE THIS INVOICE**                                    **$1,347.50**



**KILPATRICK STOCKTON LLP**

Attorneys at Law

*Please Remit Payments Only To:*
*P.O. Box 945614*
*Atlanta Georgia 30394*
*Telephone (866)244-4934*
**www.kilpatrickstockton.com**
**Fed I.D. 58-0511774**

November 17, 2006

ADIDAS INTERNATIONAL MARKETING B.V.
INTELLECTUAL PROPERTY DEPARTMENT
P.O. BOX 69001
1060 CA AMSTERDAM
THE NETHERLANDS

Client:    A0224
Invoice:   10882050

## INVOICE FOR LEGAL SERVICES RENDERED

| Matter | Description | Fees | Disbursements | Total |
|--------|-------------|------|---------------|-------|
| ▓▓▓▓▓ | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓L | ▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓▓ |
| ▓▓▓▓▓ | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓- | ▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓▓ |
| | ▓▓▓▓▓▓▓▓▓▓▓) | | | |
| ▓▓▓▓▓ | ▓▓▓▓▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓▓ |
| ▓▓▓▓▓ | ▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓▓ |
| ▓▓▓▓▓ | ▓▓▓▓▓▓▓C. | ▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓▓ |
| ▓▓▓▓▓ | ▓▓▓▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓▓ |
| ▓▓▓▓▓ | ▓▓▓▓▓▓ | ▓▓▓▓ | | |
| ▓▓▓▓▓ | ▓▓▓▓▓▓▓▓▓g | | | |
| 336297 | v. USA ADIDAS INTERNATIONAL | 390.00 | 0.00 | 390.00 |
| **TOTALS** | | ▓▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓▓ |

*Please return this page with payment*
*Due and Payable upon receipt. 1% interest per month charged on balances after 30 days.*

Bank: Wachovia Bank of Georgia
Atlanta, Georgia
ABA Routing No.:  061 000 227

Credit: Kilpatrick Stockton LLP
Account No.: 2000131592388
Swift Code: PNBPUS33

ATLANTA  AUGUSTA  CHARLOTTE  LONDON  NEW YORK  RALEIGH  STOCKHOLM  WASHINGTON  WINSTON-SALEM



**KILPATRICK STOCKTON LLP**

Attorneys at Law

*Please Remit Payments Only To:*
*P.O. Box 945614*
*Atlanta Georgia 30394*
*Telephone (866)244-4934*
**www.kilpatrickstockton.com**
**Fed I.D. 58-0511774**

November 17, 2006

ADIDAS INTERNATIONAL MARKETING B.V.
INTELLECTUAL PROPERTY DEPARTMENT
P.O. BOX 69001
1060 CA AMSTERDAM
THE NETHERLANDS

| | |
|---|---|
| Client: | A0224 |
| Matter: | 336297 |
| Invoice # | 10882050 |

RE:    v. USA ADIDAS INTERNATIONAL

**For Professional Services Through October 31, 2006:**

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 10/03/2006 | SM | Compile exhibits for complaint against USA Adidas Int'l Group, LLC and Adidas Wandanu Int'l Holdings Ltd.; send complaint regarding the same to Mr. Rich Horwitz with instructions for filing complaint in the District of Delaware. | 0.50 | 97.50 |
| 10/11/2006 | SM | Conference with Mr. Charlie Henn regarding Delaware complaint against Chinese infringers. | 0.40 | 78.00 |
| 10/17/2006 | SM | Revise complaint against Chinese infringers to reflect Chinese judgment; emails with Ms. Backman and Mr. Henn regarding the same. | 0.80 | 156.00 |
| 10/23/2006 | SM | Emails with Ms. Backman regarding revisions for complaint against Chinese infringers; read suggested edits from Chinese counsel. | 0.30 | 58.50 |
| | | **Total Fees** | | **$390.00** |

| Summary | Timekeeper Name | Hours | Rate/Hour | Amount |
|---|---|---|---|---|
| SM | Sara Maurer | 2.00 | 195.00 | 390.00 |
| | Totals | 2.00 | | **$390.00** |

**TOTAL AMOUNT DUE THIS INVOICE**      **$390.00**

*Amounts are calculated per entry, rounding discrepancies may occur in summaries or totals as a result of prearranged discounts.*

Other Charges include a reasonable allocation of related overhead expenses.
Due and Payable upon receipt. 1% interest per month charged on balances after 30 days.

**Atlanta    Augusta    Charlotte    London    New York    Raleigh    Stockholm    Washington    Winston-Salem**



**KILPATRICK STOCKTON LLP**

Attorneys at Law

*Please Remit Payments Only To:*
*P.O. Box 945614*
*Atlanta Georgia 30394*
*Telephone (866)244-4934*
**www.kilpatrickstockton.com**
**Fed I.D. 58-0511774**

December 6, 2006

ADIDAS INTERNATIONAL MARKETING B.V.
INTELLECTUAL PROPERTY DEPARTMENT
P.O. BOX 69001
1060 CA AMSTERDAM
THE NETHERLANDS

Client:    A0224
Invoice:   10885809

## INVOICE FOR LEGAL SERVICES RENDERED

| Matter | Description | Fees | Disbursements | Total |
|--------|-------------|------|---------------|-------|
| 336297 | v. USA ADIDAS INTERNATIONAL | 390.00 | 1.80 | 391.80 |
| | **TOTALS** | | | |

*Please return this page with payment*
*Due and Payable upon receipt. 1% interest per month charged on balances after 30 days.*

Bank: Wachovia Bank of Georgia
Atlanta, Georgia
ABA Routing No.:   061 000 227

Credit: Kilpatrick Stockton LLP
Account No.: 2000131592388
Swift Code: PNBPUS33

ATLANTA  AUGUSTA  CHARLOTTE  LONDON  NEW YORK  RALEIGH  STOCKHOLM  WASHINGTON  WINSTON-SALEM



**KILPATRICK STOCKTON LLP**

Attorneys at Law

*Please Remit Payments Only To:*
*P.O. Box 945614*
*Atlanta Georgia 30394*
*Telephone (866)244-4934*
*www.kilpatrickstockton.com*
*Fed I.D. 58-0511774*

December 6, 2006

ADIDAS INTERNATIONAL MARKETING  B.V.
INTELLECTUAL PROPERTY DEPARTMENT
P.O. BOX 69001
1060 CA AMSTERDAM
THE NETHERLANDS

Client:     A0224
Matter:     336297
Invoice #   10885809

RE:     v. USA ADIDAS INTERNATIONAL

**For Professional Services Through November 30, 2006:**

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 11/02/2006 | SM | Review English translation of Chinese judgment; revise complaint and accompanying exhibits; emails with Ms. Backman, Mr. Moore and Mr. Horwitz regarding filing. | 2.00 | 390.00 |
| | | **Total Fees** | | **$390.00** |

| Summary | Timekeeper Name | Hours | Rate/Hour | Amount |
|---------|-----------------|-------|-----------|--------|
| SM | Sara Maurer | 2.00 | 195.00 | 390.00 |
| | **Totals** | **2.00** | | **$390.00** |

*Other Charges:*

| | |
|---|---|
| Document Reproduction | 1.80 |
| **Total Other Charges** | **$1.80** |

**TOTAL AMOUNT DUE THIS INVOICE**                                        **$391.80**

*Amounts are calculated per entry, rounding discrepancies may occur in summaries or totals as a result of prearranged discounts.*

Other Charges include a reasonable allocation of related overhead expenses.
Due and Payable upon receipt. 1% interest per month charged on balances after 30 days.

Atlanta    Augusta    Charlotte    London    New York    Raleigh    Stockholm    Washington    Winston-Salem



**KILPATRICK STOCKTON LLP**

Attorneys at Law

*Please Remit Payments Only To:*
*P.O. Box 945614*
*Atlanta Georgia 30394*
*Telephone (866)244-4934*
**www.kilpatrickstockton.com**
**Fed I.D. 58-0511774**

December 19, 2006

ADIDAS INTERNATIONAL MARKETING B.V.
INTELLECTUAL PROPERTY DEPARTMENT
P.O. BOX 69001
1060 CA AMSTERDAM
THE NETHERLANDS

Client:   A0224
Invoice:   10889235

## INVOICE FOR LEGAL SERVICES RENDERED

| Matter | Description | Fees | Disbursements | Total |
|--------|-------------|------|---------------|-------|
| 200523 | v. TITTLESS SHOES.COM (████ S████████) ▓▓▓▓ | ▓▓▓▓ | | ▓▓▓▓ |
| ▓▓▓▓ | (TRADEMARK) | ▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ |
| ▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ |
| ▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ | |
| 336297 | v. USA ADIDAS INTERNATIONAL | 270.00 | 1,547.07 | 1,817.07 |
| **TOTALS** | | ▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ |

*Please return this page with payment*
*Due and Payable upon receipt. 1% interest per month charged on balances after 30 days.*

Bank: Wachovia Bank of Georgia
Atlanta, Georgia
ABA Routing No.:   061 000 227

Credit: Kilpatrick Stockton LLP
Account No.: 2000131592388
Swift Code: PNBPUS33

ATLANTA  AUGUSTA  CHARLOTTE  LONDON   NEW YORK  RALEIGH  STOCKHOLM  WASHINGTON  WINSTON-SALEM



**KILPATRICK STOCKTON LLP**

Attorneys at Law

*Please Remit Payments Only To:*
*P.O. Box 945614*
*Atlanta Georgia 30394*
*Telephone (866)244-4934*
**www.kilpatrickstockton.com**
**Fed I.D. 58-0511774**

December 19, 2006

ADIDAS INTERNATIONAL MARKETING B.V.
INTELLECTUAL PROPERTY DEPARTMENT
P.O. BOX 69001
1060 CA AMSTERDAM
THE NETHERLANDS

Client:     A0224
Matter:     336297
Invoice #   10889235

RE:    v. USA ADIDAS INTERNATIONAL

**For Professional Services Through December 19, 2006:**

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 12/04/2006 | SM | Draft motion for entry of default; conference with Mr. Henn and Mr. Moore regarding the same; arrange for filing and service of the same. | 1.00 | 225.00 |
| 12/07/2006 | SM | Emails with Mr. Moore regarding billing procedures. | 0.20 | 45.00 |
| | | **Total Fees** | | **$270.00** |

| Summary | Timekeeper Name | Hours | Rate/Hour | Amount |
|---------|-----------------|-------|-----------|--------|
| SM | Sara Maurer | 1.20 | 225.00 | 270.00 |
| | **Totals** | **1.20** | | **$270.00** |

*Other Charges:*

| | | |
|--|--|--|
| 12/06/2006 | Potter Anderson & Corroon LLP - Services rendered as local counsel | 1,547.07 |
| | **Total Other Charges** | **$1,547.07** |

**TOTAL AMOUNT DUE THIS INVOICE**                                    **$1,817.07**

*Amounts are calculated per entry, rounding discrepancies may occur in summaries or totals as a result of prearranged discounts.*

Other Charges include a reasonable allocation of related overhead expenses.
Due and Payable upon receipt. 1% interest per month charged on balances after 30 days.

**Atlanta    Augusta    Charlotte    London    New York    Raleigh    Stockholm    Washington    Winston-Salem**


**KILPATRICK STOCKTON LLP**
Attorneys at Law

*Please Remit Payments Only To:*
*P.O. Box 945614*
*Atlanta Georgia 30394*
*Telephone (866)244-4934*
**www.kilpatrickstockton.com**
**Fed I.D. 58-0511774**

March 20, 2007

ADIDAS INTERNATIONAL MARKETING B.V.
INTELLECTUAL PROPERTY DEPARTMENT
P.O. BOX 69001
1060 CA AMSTERDAM
THE NETHERLANDS

Client:        A0224
Invoice #:     10904843

## INVOICE FOR LEGAL SERVICES RENDERED

| Matter | Description | Fees | Disbursements | Total |
|--------|-------------|------|---------------|-------|
| 336297 | v. USA ADIDAS INTERNATIONAL | 621.00 | 6.93 | 627.93 |
| | **TOTALS** | | | |

*Please return this page with payment*
*Due and Payable upon receipt. 1% interest per month charged on balances after 30 days.*

Bank: Wachovia Bank of Georgia
Atlanta, Georgia
ABA Routing No.:   061 000 227

Credit: Kilpatrick Stockton LLP
Account No.: 2000131592388
Swift Code: PNBPUS33

ATLANTA   AUGUSTA   CHARLOTTE   LONDON   NEW YORK   RALEIGH   STOCKHOLM   WASHINGTON   WINSTON-SALEM


**KILPATRICK STOCKTON** LLP
Attorneys at Law

*Please Remit Payments Only To:*
*P.O. Box 945614*
*Atlanta Georgia 30394*
*Telephone (866)244-4934*
**www.kilpatrickstockton.com**
**Fed I.D. 58-0511774**

March 20, 2007

ADIDAS INTERNATIONAL MARKETING B.V.
INTELLECTUAL PROPERTY DEPARTMENT
P.O. BOX 69001
1060 CA AMSTERDAM
THE NETHERLANDS

| | |
|---|---|
| Client: | A0224 |
| Matter: | 336297 |
| Invoice #: | 10904843 |

RE:    v. USA ADIDAS INTERNATIONAL

**For Professional Services Through February 28, 2007:**

| *Date* | *Initials* | *Description* | *Hours* | *Amount* |
|---|---|---|---|---|
| 02/05/2007 | SM | Emails with local counsel regarding status of case. | 0.20 | 46.00 |
| 02/09/2007 | SM | Conference with Mr. Moore regarding strategy and potential for bringing an action under section 284 of the Delaware corporate code; conference with Mr. Henn regarding the same; review status of default judgment. | 0.90 | 207.00 |
| 02/14/2007 | SM | Emails with Mr. Moore and Mr. Henn regarding status of motion for entry of default and strategy for next steps. | 0.30 | 69.00 |
| 02/26/2007 | SM | Prepare for and hold conference call with Mr. Henn and Mr. Horwitz regarding next steps for securing entry of default in Delaware action. | 0.50 | 115.00 |
| 02/28/2007 | SM | Begin drafting letter to judge respecting status of our motion for entry of default. | 0.80 | 184.00 |
| | | **Total Fees** | | **$621.00** |

| *Summary* | *Timekeeper Name* | *Hours* | *Rate/Hour* | *Amount* |
|---|---|---|---|---|
| SM | Sara Maurer | 2.70 | 230.00 | 621.00 |
| | **Totals** | **2.70** | | **$621.00** |

*Amounts are calculated per entry, rounding discrepancies may occur in summaries or totals as a result of prearranged discounts.*

Other Charges include a reasonable allocation of related overhead expenses.
Due and Payable upon receipt. 1% interest per month charged on balances after 30 days.

**Atlanta    Augusta    Charlotte    London    New York    Raleigh    Stockholm    Washington    Winston-Salem**

A0224/336297                                                    Page 2

*Other Charges:*

| | |
|---|---|
| Long Distance Charges | 6.93 |
| **Total Other Charges** | **$6.93** |

**TOTAL AMOUNT DUE THIS INVOICE**                          $627.93



**KILPATRICK STOCKTON LLP**

Attorneys at Law

*Please Remit Payments Only To:*
*P.O. Box 945614*
*Atlanta Georgia 30394*
*Telephone (866)244-4934*
**www.kilpatrickstockton.com**
**Fed I.D. 58-0511774**

April 17, 2007

ADIDAS INTERNATIONAL MARKETING B.V.
INTELLECTUAL PROPERTY DEPARTMENT
P.O. BOX 69001
1060 CA AMSTERDAM
THE NETHERLANDS

Client:         A0224
Invoice #:      10909548

## INVOICE FOR LEGAL SERVICES RENDERED

| Matter | Description | Fees | Disbursements | Total |
|--------|-------------|------|---------------|-------|
| | | | | |
| 336297 | v. USA ADIDAS INTERNATIONAL | 322.00 | 0.00 | 322.00 |
| **TOTALS** | | | | |

---

*Amounts are calculated per entry, rounding discrepancies may occur in summaries or totals as a result of prearranged discounts.*

*Other Charges include a reasonable allocation of related overhead expenses.*
*Due and Payable upon receipt. 1% interest per month charged on balances after 30 days.*

ATLANTA  AUGUSTA  CHARLOTTE  LONDON   NEW YORK  RALEIGH  STOCKHOLM  WASHINGTON  WINSTON-SALEM



**KILPATRICK**
**STOCKTON LLP**
Attorneys at Law

*Please Remit Payments Only To:*
*P.O. Box 945614*
*Atlanta Georgia 30394*
*Telephone (866)244-4934*
**www.kilpatrickstockton.com**
**Fed I.D. 58-0511774**

April 17, 2007

ADIDAS INTERNATIONAL MARKETING B.V.
INTELLECTUAL PROPERTY DEPARTMENT
P.O. BOX 69001
1060 CA AMSTERDAM
THE NETHERLANDS

| | |
|---|---|
| Client: | A0224 |
| Matter: | 336297 |
| Invoice #: | 10909548 |

RE:    v. USA ADIDAS INTERNATIONAL

**For Professional Services Through March 31, 2007:**

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 03/06/2007 | SM | Draft letter to Judge Robinson regarding status of Motion for Entry of Default; review docket to determine timeline of filings for the same; emails with Mr. Henn, Mr. Horwitz, and Mr. Moore regarding the same. | 1.40 | 322.00 |
| | | **Total Fees** | | **$322.00** |

| Summary | Timekeeper Name | | Hours | Rate/Hour | Amount |
|---|---|---|---|---|---|
| SM | Sara Maurer | | 1.40 | 230.00 | 322.00 |
| | | **Totals** | **1.40** | | **$322.00** |

**TOTAL AMOUNT DUE THIS INVOICE**                                        **$322.00**

*Amounts are calculated per entry, rounding discrepancies may occur in summaries or totals as a result of prearranged discounts.*

Other Charges include a reasonable allocation of related overhead expenses.
Due and Payable upon receipt. 1% interest per month charged on balances after 30 days.

Atlanta    Augusta    Charlotte    London    New York    Raleigh    Stockholm    Washington    Winston-Salem

# EXHIBIT D



KILPATRICK
STOCKTON LLP

**TRADITIONS OF INNOVATION**

**PARTNER - R. CHARLES HENN JR.**



Suite 2800
1100 Peachtree Street
Atlanta, GA 30309-4530
t 404 815 6572
f 404 541 3240
CHenn@KilpatrickStockton.com

Charlie Henn is a partner of the firm and practices in the Intellectual Property Department, where he concentrates his practice in the area of intellectual property litigation, including cases involving trademarks, copyrights, patents and trade secrets.

Mr. Henn recently was recognized by the Fulton County Daily Report as one of the "Ten Lawyers Under 40 'On the Rise'" and as a Georgia Super Lawyer "Rising Star" for Intellectual Property Litigation.

**Representative Cases**

- Lead counsel for the plaintiff in *Texas Tech University v. Spiegelberg*, 461 F. Supp. 2d 510, 2006 WL 3190278 (N.D. Tex. 2006) (granting plaintiff's motion for summary judgment in trademark infringement case, awarding more than $3 million in damages plus attorney's fees).
- Lead trial counsel for plaintiffs in *Louisiana State University et al. v. Smack Apparel Co.* (E.D. La. 2006) (jury verdict for plaintiffs in trademark infringement case, awarding damages and disgorgement of defendants' profits); *see also* 438 F. Supp. 2d 653 (E.D. La. 2006) (granting summary judgment on liability).
- Second-chair trial counsel for plaintiff in *Voda v. Cordis Corp.*, (W.D. Okla. 2006) (jury verdict of willful patent infringement, awarding over $10 million).
- Represented the defendant in *Calio v. Sofa Express, Inc.*, 368 F. Supp. 2d 1290 (M.D. Fla. 2005) (holding punitive damages not available in copyright infringement lawsuit).
- Represented the declaratory judgment defendant in *ACI Int'l Inc. v. adidas-Salomon AG*, 359 F. Supp. 2d 918 (C.D. Cal. 2005) (denying motion to dismiss trademark counterclaims).
- Represented the plaintiff in *adidas-Salomon AG v. Target Corp.*, 228 F. Supp. 2d 1192 (D. Or. 2002) (denying defendant's motion for summary judgment, upholding strength of adidas's Three-Stripe Mark and Superstar Trade Dress).
- Represented the plaintiff in *Gaylord Entertainment Company v. Gilmore Entertainment Group*, 187 F. Supp. 2d 926 (M.D. Tenn. 2002) (denying defendant's motion for summary judgment, holding OPRY was not generic as a matter of law).
- Represented the defendants in *Mad Hops, Inc. v. adidas-Salomon AG*, No. C2-00-1445 (S.D. Ohio 2001) (granting defendants' motion for summary judgment in trademark case).

**Services**
Copyright
Intellectual Property
Patent Litigation
Trademarks

**Education**
Law: University of North Carolina School of Law, J.D. *cum laude* (1998)

Undergraduate: Emory University, B.A. Political Science & French Literature *summa cum laude* (1995)

**Bar Admission(s)**
Georgia (1998); Georgia Supreme Court; U.S. Court of Appeals for the Eleventh Circuit; Northern District of Georgia; Middle District of Georgia; District of Colorado; U.S. Court of Appeals for the Fifth Circuit; U.S. Court of Appeals for the Ninth Circuit; United States Supreme Court

**Languages**
French (proficient)

**Background**

- Professional memberships include serving as President of the Atlanta Lawyers' Chapter of The Federalist Society.
- Community activities include serving on the Boards of Directors of Creating Pride, Inc., Flying Carpet Theater, and Friends of Theater at Emory.
- Frequent speaker at various engagements, speaking primarily on trademark litigation-related topics.

 **KILPATRICK STOCKTON LLP**

**TRADITIONS OF INNOVATION**

**ASSOCIATE - SARA MAURER**


Suite 2800
1100 Peachtree Street
Atlanta, GA 30309-4530
t 404 685 6700
f 404 685 6649
SMaurer@KilpatrickStockton.com

**Services**
Copyright
Intellectual Property
Trade Secrets
Trademarks

**Education**
Law: University of South Carolina School of
Law, J.D. (2005)

Undergraduate: Vanderbilt University, B.A.
Economics with a minor in Managerial
Studies (2002)

**Bar Admission(s)**
Georgia (2005); Northern District of Georgia

Sara Maurer is an associate in the Intellectual Property Department and is
part of the Trademark and Copyright Team.

Ms. Maurer received her J.D. from the University of South Carolina School
of Law in 2005. During this time, she was Editor in Chief of the South
Carolina Law Review. Her comment, *Dow Chemical Co. v. Stephenson:
Class Action Catch 22*, was published in 55 S.C.L.Rev. 467 (2004). Ms.
Maurer graduated with a B.A. in Economics with a minor in Managerial
Studies from Vanderbilt University in 2002.

**EXHIBIT E**

# *AIPLA*

# Report of the Economic Survey

# 2005

PREPARED UNDER DIRECTION OF
LAW PRACTICE MANAGEMENT COMMITTEE

American Intellectual Property Law Association
2001 Jefferson Davis Highway, Suite 203
Arlington, Virginia 22202
www.aipla.org

# AIPLA

# REPORT OF THE ECONOMIC SURVEY 2005

PREPARED UNDER DIRECTION OF THE
AMERICAN INTELLECTUAL PROPERTY LAW ASSOCIATION
LAW PRACTICE MANAGEMENT COMMITTEE

SALVATORE ANASTASI, CHAIR
KEVIN ALAN WOLFF, VICE CHAIR

September 2005



4 RESEARCH PLACE, SUITE 220
ROCKVILLE, MARYLAND 20850
TEL: (240) 268-1262
ARI@ASSOCIATIONRESEARCH.COM

*Private Firm, Partner, Shareholder*

**Average hourly billing rate in 2004 (Q33)**

*Private Firm, Partner, Shareholder*

| | | What was your average hourly billing rate in 2004? | | | |
|---|---|---|---|---|---|
| | | Number of Individuals | Mean (Average) | First Quartile 25% | Median (Midpoint) | Third Quartile 75% |
| All Individuals | | 461 | $352 | $275 | $340 | $414 |
| | Fewer than 5 | 9 | $277 | $185 | $275 | $378 |
| | 5-6 | 21 | $272 | $223 | $250 | $338 |
| Years of Intellectual Property Law Experience | 7-9 | 48 | $295 | $240 | $285 | $329 |
| | 10-14 | 135 | $338 | $270 | $330 | $395 |
| | 15-24 | 128 | $361 | $280 | $350 | $430 |
| | 25-34 | 74 | $399 | $330 | $400 | $461 |
| | 35 or More | 44 | $410 | $326 | $388 | $475 |
| | Boston CMSA | 24 | $448 | $353 | $463 | $540 |
| | NYC CMSA | 24 | $423 | $353 | $438 | $479 |
| | Philadelphia CMSA | 29 | $376 | $340 | $370 | $430 |
| | Washington, DC CMSA | 76 | $378 | $315 | $375 | $447 |
| | Other East | 16 | $284 | $240 | $280 | $333 |
| | Metro Southeast | 19 | $347 | $265 | $310 | $400 |
| | Other Southeast | 11 | $286 | $220 | $300 | $330 |
| Location | Chicago CMSA | 52 | $372 | $325 | $358 | $418 |
| | Minne.-St. Paul PMSA | 22 | $305 | $234 | $298 | $376 |
| | Other Central | 79 | $278 | $230 | $275 | $320 |
| | Texas | 29 | $353 | $270 | $380 | $405 |
| | Los Angeles CMSA | 16 | $378 | $303 | $385 | $439 |
| | San Francisco CMSA | 17 | $479 | $375 | $450 | $575 |
| | Other West | 36 | $314 | $243 | $318 | $364 |
| | Biotechnology | 29 | $368 | $253 | $370 | $468 |
| | Chemical | 69 | $349 | $283 | $340 | $395 |
| IP Technical Specialization (>=50%) | Computer Hardware | 8 | $359 | $290 | $338 | $414 |
| | Computer Software | 14 | $325 | $248 | $320 | $396 |
| | Electrical | 44 | $342 | $291 | $350 | $389 |
| | Mechanical | 112 | $318 | $260 | $325 | $375 |
| | Other areas | 11 | $354 | $300 | $360 | $400 |
| | Younger than 35 | 11 | $247 | $200 | $225 | $325 |
| | 35-39 | 68 | $326 | $250 | $313 | $379 |
| | 40-44 | 88 | $332 | $260 | $325 | $395 |
| Age | 45-49 | 97 | $340 | $260 | $325 | $395 |
| | 50-54 | 64 | $374 | $310 | $380 | $450 |
| | 55-59 | 55 | $378 | $285 | $350 | $450 |
| | 60 or Older | 67 | $400 | $324 | $385 | $470 |
| Gender | Male | 425 | $354 | $275 | $345 | $420 |
| | Female | 35 | $335 | $270 | $325 | $400 |
| Highest Non-Law Degree | Bachelor's Degree | 312 | $350 | $276 | $340 | $405 |
| | Master's Degree | 108 | $347 | $260 | $350 | $404 |
| | Doctorate Degree | 31 | $375 | $285 | $385 | $450 |
| | White/Caucasian | 421 | $355 | $280 | $350 | $420 |
| Ethnicity | Hispanic/Latino | 6 | $327 | $221 | $313 | $450 |
| | Asian/Pacific Islander | 10 | $321 | $250 | $338 | $391 |
| | Other | 5 | $333 | $258 | $310 | $420 |
| | 1-2 | 35 | $274 | $210 | $250 | $330 |
| | 3-5 | 47 | $282 | $240 | $280 | $324 |
| Full-time Intellectual Property lawyers and agents in the firm or corporation | 6-10 | 62 | $321 | $250 | $300 | $364 |
| | 11-25 | 107 | $320 | $250 | $315 | $375 |
| | 26-50 | 66 | $395 | $329 | $385 | $450 |
| | 51-100 | 83 | $398 | $340 | $390 | $455 |
| | 101-150 | 24 | $440 | $386 | $435 | $458 |
| | More than 150 | 11 | $471 | $400 | $465 | $550 |

*Private Firm, Partner, Shareholder*

For the first 10 years of experience, average hourly billing rate in 2004 (Q33b)

*Private Firm, Partner, Shareholder*

| | | What was your average hourly billing rate in 2004? | | | |
|---|---|---|---|---|---|
| | | Number of Individuals | Mean (Average) | First Quartile 25% | Median (Midpoint) | Third Quartile 75% |
| All Individuals | | 461 | $352 | $275 | $340 | $414 |
| Years of Intellectual Property Law Experience | 3 | 4 | $290 | NA | $263 | NA |
| | 4 | 5 | $267 | $173 | $275 | $358 |
| | 5 | 11 | $255 | $200 | $240 | $325 |
| | 6 | 10 | $292 | $241 | $255 | $359 |
| | 7 | 10 | $274 | $225 | $263 | $304 |
| | 8 | 19 | $281 | $240 | $260 | $315 |
| | 9 | 19 | $320 | $250 | $315 | $375 |
| | 10 | 42 | $330 | $258 | $318 | $390 |

*Private Firm, Associate*

Average hourly billing rate in 2004 (Q33)

*Private Firm, Associate*

| | | What was your average hourly billing rate in 2004? | | | |
|---|---|---|---|---|---|
| | | Number of Individuals | Mean (Average) | First Quartile 25% | Median (Midpoint) | Third Quartile 75% |
| All Individuals | | 253 | $253 | $195 | $240 | $300 |
| Years of Intellectual Property Law Experience | Fewer than 5 | 102 | $216 | $174 | $200 | $250 |
| | 5-6 | 72 | $259 | $210 | $245 | $304 |
| | 7-9 | 56 | $315 | $256 | $310 | $374 |
| | 10-14 | 10 | $308 | $241 | $280 | $415 |
| | 15-24 | 3 | $262 | NA | $260 | NA |
| Location | Boston CMSA | 12 | $292 | $255 | $290 | $338 |
| | NYC CMSA | 19 | $291 | $220 | $300 | $385 |
| | Philadelphia CMSA | 8 | $222 | $161 | $253 | $260 |
| | Washington, DC CMSA | 45 | $287 | $225 | $290 | $353 |
| | Other East | 11 | $210 | $175 | $190 | $195 |
| | Metro Southeast | 5 | $230 | $183 | $225 | $280 |
| | Other Southeast | 5 | $261 | $245 | $260 | $278 |
| | Chicago CMSA | 20 | $241 | $211 | $230 | $273 |
| | Minne.-St. Paul PMSA | 14 | $218 | $174 | $215 | $264 |
| | Other Central | 49 | $211 | $168 | $200 | $251 |
| | Texas | 13 | $246 | $198 | $250 | $305 |
| | Los Angeles CMSA | 8 | $312 | $231 | $320 | $391 |
| | San Francisco CMSA | 11 | $337 | $235 | $330 | $400 |
| | Other West | 25 | $237 | $172 | $215 | $305 |
| IP Technical Specialization (>=50%) | Biotechnology | 18 | $260 | $194 | $248 | $314 |
| | Chemical | 36 | $255 | $186 | $233 | $325 |
| | Computer Hardware | 7 | $310 | $245 | $285 | $400 |
| | Computer Software | 22 | $268 | $221 | $278 | $311 |
| | Electrical | 33 | $255 | $223 | $250 | $290 |
| | Mechanical | 71 | $236 | $180 | $230 | $280 |
| | Other areas | 4 | $230 | NA | $233 | NA |
| Age | Younger than 35 | 92 | $228 | $175 | $225 | $275 |
| | 35-39 | 83 | $272 | $200 | $255 | $325 |
| | 40-44 | 43 | $277 | $225 | $260 | $325 |
| | 45-49 | 14 | $248 | $200 | $238 | $321 |
| | 50-54 | 11 | $242 | $195 | $230 | $300 |
| | 55-59 | 3 | $220 | NA | $270 | NA |
| | 60 or Older | 5 | $263 | $233 | $260 | $295 |
| Gender | Male | 209 | $252 | $195 | $235 | $300 |
| | Female | 43 | $258 | $210 | $250 | $300 |
| Highest Non-Law Degree | Bachelor's Degree | 165 | $252 | $185 | $240 | $305 |
| | Master's Degree | 57 | $245 | $200 | $235 | $288 |
| | Doctorate Degree | 27 | $272 | $205 | $250 | $325 |
| Ethnicity | White/Caucasian | 212 | $253 | $191 | $238 | $304 |
| | Black/African American | 7 | $237 | $210 | $250 | $300 |
| | Hispanic/Latino | 3 | $288 | NA | $270 | NA |
| | Asian/Pacific Islander | 16 | $258 | $221 | $240 | $295 |
| | Blended | 4 | $196 | NA | $200 | NA |
| Full-time Intellectual Property lawyers and agents in the firm or corporation | 1-2 | 8 | $224 | $155 | $203 | $230 |
| | 3-5 | 13 | $203 | $169 | $195 | $255 |
| | 6-10 | 35 | $227 | $175 | $225 | $260 |
| | 11-25 | 48 | $223 | $173 | $225 | $254 |
| | 26-50 | 40 | $263 | $203 | $273 | $309 |
| | 51-100 | 52 | $272 | $219 | $260 | $325 |
| | 101-150 | 13 | $230 | $189 | $210 | $245 |
| | More than 150 | 24 | $321 | $261 | $330 | $380 |

*Private Firm, Associate*

**For the first 10 years of experience, average hourly billing rate in 2004 (Q33b)**

*Private Firm, Associate*

| | | What was your average hourly billing rate in 2004? | | | |
|---|---|---|---|---|---|
| | | Number of Individuals | Mean (Average) | First Quartile 25% | Median (Midpoint) | Third Quartile 75% |
| All Individuals | | 253 | $253 | $195 | $240 | $300 |
| Years of Intellectual Property Law Experience | 1 | 28 | $185 | $150 | $175 | $200 |
| | 2 | 23 | $216 | $175 | $215 | $230 |
| | 3 | 26 | $211 | $180 | $208 | $235 |
| | 4 | 25 | $257 | $203 | $250 | $300 |
| | 5 | 46 | $250 | $200 | $238 | $286 |
| | 6 | 26 | $274 | $224 | $253 | $323 |
| | 7 | 30 | $298 | $243 | $303 | $345 |
| | 8 | 20 | $342 | $275 | $355 | $398 |
| | 9 | 6 | $313 | $245 | $285 | $413 |
| | 10 | 7 | $308 | $250 | $295 | $415 |

# EXHIBIT F

# *PricewaterhouseCoopers LLP*

# 2006 Billing Rate & Associate Salary Survey *plus*

## Summary of Results

*Intellectual Property Litigation Largest - Prin & Non-Prin Offices*

Issued: *June 2006*

### Firm: 0223

### Intellectual Property Litigation

---

## Report Contents

| Topic | Page |
|---|---|
| Comparison Group Information and Billing Rate & Salary Adjustment Practices | 1 |
| Timekeeper Capacity & Leverage Ratios | 2 |
| Standard Billing Rates as of January 1, 2006 | 3 - 4 |
| Average Worked Rates *(for the period 1/1/05 through 12/31/05)* | 5 - 6 |
| Average Effective Rates *(for the period 1/1/05 through 12/31/05)* | 7 - 8 |
| Average Billable Hours *(for the period 1/1/05 through 12/31/05)* | 9 |
| Average Fees Billed *(for the period 1/1/05 through 12/31/05)* | 10 |
| Associate & Senior Attorney Compensation - *by Law School Class Year* | 11 - 13 |
| Associate & Senior Attorney Rate & Compensation Adjustments - *by Years of Experience* | 14 |

---

**Confidential**

*This report is intended solely for the information of Partners and authorized employees of the firm.*

© 2006 PricewaterhouseCoopers LLP

All Rights reserved

# 2006 BILLING RATE & ASSOCIATE SALARY SURVEY [plus]

## Comparison Group Information

### Intellectual Property Litigation Largest - Prin & Non-Prin Offices

|  | Group Information |
|---|---|
| **Number of Members in the Group** | 20 |
| **Your Office or Practice Area Displayed in this Report is a Member of the Group** | No |
| **Defined Size Range of Group Members (# of Attorneys)** | |
| *Maximum* | No Maximum |
| *Minimum* | 50 |
| **Your Office or Practice Area Size[1] (# of Attorneys)** | 48 |
| **Average Size of Group Members[1] (# of Attorneys in the Office or Practice Area)** | 95 |
| **Reporting Entities Included in the Group (Geographic Comparison Groups Only)** | |
| *Number of Total Firms* | 0 |
| *Number of Principal Offices (including Single Office Firms)* | 0 |
| *Number of Non-Principal Offices* | 0 |

## Billing Rate & Associate Salary Adjustment Practices

|  | Your Firm (designated with an X) | Number of Firms Reporting |
|---|---|---|
| **Date of Last Billing Rate Increase** | | |
| January 2, 2005 - March 31, 2005 | | 0 |
| April 1, 2005 - June 30, 2005 | | 0 |
| July 1, 2005 - September 30, 2005 | | 4 |
| October 1, 2005 - January 1, 2006 | X | 16 |
| January 2, 2006 - March 1, 2006 | | 0 |
| **Date of Last Associate/Senior Attorney Salary Increase** | | |
| January 2, 2005 - March 31, 2005 | | 0 |
| April 1, 2005 - June 30, 2005 | | 0 |
| July 1, 2005 - September 30, 2005 | | 1 |
| October 1, 2005 - January 1, 2006 | X | 17 |
| January 2, 2006 - March 1, 2006 | | 1 |

[1] *Firm, Office or Practice Area size as of 1/1/06. For all comparison groups that have a defined size range will include data for total firms and individual offices of multi-office firms, group membership is based on the size of the total firm and not the size of the individual office or practice area. This may result in the average size of group members to fall below the minimum size range for the group.*

*Intellectual Property Litigation Largest - Prin & Non-Prin Offices (20 members)*

## *2005 Timekeeper Capacity & Leverage Ratios*

### Timekeeper Capacity

| | Total Billable Hours | | | Total Headcount[1] | | |
|---|---|---|---|---|---|---|
| | *Your Firm* | | | *Your Firm* | | |
| | *Hours* | *Rank / Of* | *% of Total Group* | *FTE* | *Rank / Of* | *% of Total Group* |
| ***Attorneys*** | | | | | | |
| **Equity Partners** | 15,555 | 17 / 16 | 2.2% | 10.3 | 16 / 17 | 2.6% |
| **Non-Equity Partners** | 9,220 | 8 / 9 ‡ | 4.2% | 6.9 | 8 / 9 ‡ | 5.6% |
| ***All Partners*** | 24,775 | 17 / 16 | 2.7% | 17.2 | 17 / 17 | 3.3% |
| **Associates & Senior Attorneys** | 32,861 | 17 / 16 | 2.1% | 20.1 | 18 / 17 | 2.2% |
| ***All Attorneys*** | 57,636 | 17 / 16 | 2.2% | 37.3 | 18 / 17 | 2.5% |
| **Legal Assistants** | 23,298 | 6 / 13 ‡ | 5.8% | 17.4 | 6 / 14 ‡ | 6.7% |

### Leverage Ratios

| | *Your Firm* | | *Group* | | |
|---|---|---|---|---|---|
| | *Ratio* | *Rank / Of* | *1st Quartile* | *Median* | *3rd Quartile* |
| **Ratio of Other[2] Attorneys to Equity Partners** | 2.63 | 9 / 17 | 3.54 | 2.44 | 2.02 |
| **Ratio of Non-Partner Attorneys[3] to Partners** | 1.17 | 15 / 17 | 2.20 | 1.65 | 1.29 |
| **Ratio of Non-Partner Timekeepers[4] to Partners** | 2.36 | 9 / 17 | 3.00 | 2.35 | 1.74 |
| **Ratio of Legal Assistants to Attorneys** | 0.47 | 1 / 14 ‡ | 0.25 | 0.15 | 0.13 |

***Your office or practice area displayed in this report is not a member of the group.***

[1] *Total full-time equivalent headcount for the period 1/1/2005 through 12/31/2005.*

[2] *Other Attorneys includes Non-Equity Partners, Associates, Senior and Staff Attorneys.*

[3] *Non-Partner Attorneys includes Associates, Senior and Staff Attorneys.*

[4] *Non-Partner Timekeepers includes Associates, Senior and Staff Attorneys, Lobbyists, Specialists, Litigation Support, Patent Agents, Case Clerks, Law Clerks/Trust Accts and Legal Assistants.*

***** omitted due to insufficient data***
***‡ less than 75% population response***

PRICEWATERHOUSECOOPERS

Page 3
Firm: 0223
Intellectual Property Litigation

# 2006 BILLING RATE & ASSOCIATE SALARY SURVEY ™

Intellectual Property Litigation Largest – Prin & Non-Prin Offices (20 members)

## Partner Standard Billing Rates
As of January 1, 2006

| | Your Firm Rate | Your Firm Rank / Of | Group 1st Quartile | Group Median | Group 3rd Quartile | Your Firm % Change from 1/1/05 | Your Firm % Change from 1/1/04 | Group % Change from 1/1/05 1st Quartile | Group % Change from 1/1/05 Median | Group % Change from 1/1/05 3rd Quartile | Group Medium % Change from 1/1/04 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Equity Partners** | | | | | | | | | | | |
| High | $815 | 4 / 20 | $795 | $713 | $674 | | 49.5 ‡‡ | 6.0 | 5.1 | 1.4 | 11.5 |
| Middle | 520 | 16 / 20 | 623 | 537 | 524 | | 0.0 ‡‡ | 8.1 | 5.3 | 4.7 | 11.4 |
| Low | 450 | 15 / 20 | 540 | 490 | 449 | | 20.0 ‡‡ | 15.1 | 8.1 | 4.7 | 14.3 |
| Average | 540 | 15 / 20 | 640 | 556 | 538 | | 11.6 ‡ | 8.3 | 5.9 | 4.6 | 11.3 |
| *Avg. by Years of Experience* | | | | | | | | | | | |
| 10 Years or Less | | / 13 ‡ | $515 | $493 | $475 | ‡‡ | ‡‡ | ** | 8.8 | ** | |
| 11 - 15 Years | 462 | 15 / 16 | 559 | 518 | 498 | ‡‡ | | 12.4 | 8.3 | 5.4 | |
| 16 - 20 Years | 507 | 13 / 16 | 607 | 556 | 520 | ‡‡ | | 6.6 | 6.2 | 4.0 | |
| 21 - 25 Years | 595 | 7 / 16 | 673 | 564 | 548 | ‡‡ | | 6.1 | 5.6 | 3.4 | |
| 26 - 30 Years | | / 13 ‡ | 642 | 625 | 610 | ‡‡ | | 11.0 | 6.9 | 5.6 | |
| 31 - 35 Years | | / 10 ‡ | 714 | 668 | 629 | ‡‡ | | ** | 6.4 | ** | |
| > 35 Years | 532 | 9 / 8 ‡ | ** | 643 | ** | ‡‡ | | ** | 3.2 | ** | |
| **Non-Equity Partners** | | | | | | | | | | | |
| High | $595 | 7 / 10 ‡ | $679 | $635 | $559 | | 0.0 ‡‡ | ** | 7.4 | ** | 12.2 |
| Middle | 460 | 9 / 10 ‡ | 518 | 469 | 465 | | 9.5 ‡‡ | ** | 5.4 | ** | 12.0 |
| Low | 355 | 10 / 10 ‡ | 470 | 445 | 409 | | 6.0 ‡‡ | ** | 4.3 | ** | 10.3 |
| Average | 461 | 10 / 10 ‡ | 548 | 485 | 469 | | 9.5 ‡‡ | ** | 5.4 | ** | 12.2 |
| *Avg. by Years of Experience* | | | | | | | | | | | |
| 10 Years or Less | $378 | 8 / 8 ‡ | ** | $461 | ** | ‡‡ | ‡‡ | ** | 5.0 | ** | |
| 11 - 15 Years | 375 | 8 / 8 ‡ | ** | 483 | ** | ‡‡ | ‡‡ | ** | 7.8 | ** | |
| 16 - 20 Years | | / 5 ‡ | ** | 501 | ** | ‡ | | ** | ** | ** | |
| > 20 Years | 544 | 4 / 6 ‡ | ** | 538 | ** | ‡ | | ** | 2.8 | ** | |
| **All Partner Composite** | | | | | | | | | | | |
| High | $815 | 4 / 20 | $795 | $713 | $674 | | 37.0 ‡‡ | 5.9 | 4.4 | (0.4) | 11.5 |
| Middle | 510 | 13 / 20 | 596 | 525 | 499 | | 14.6 ‡‡ | 9.1 | 5.5 | 4.7 | 11.8 |
| Low | 355 | 19 / 20 | 511 | 453 | 415 | | 6.0 ‡‡ | 10.9 | 4.9 | 3.8 | 11.0 |
| Average | 509 | 16 / 20 | 625 | 546 | 514 | | 12.4 ‡‡ | 8.7 | 5.2 | 3.9 | 11.3 |

‡ Your office or practice area displayed in this report is not a member of the group.

** omitted due to insufficient data less than 75% population response

PRICEWATERHOUSECOOPERS 🏢

Page 4
Firm: 0223
Intellectual Property Litigation

# 2006 BILLING RATE & ASSOCIATE SALARY SURVEY pbm

Intellectual Property Litigation Largest - Prin & Non-Prin Offices (20 members)

## Non-Partner Timekeeper Standard Billing Rates
As of January 1, 2006

| | Your Firm | | Group | | | Your Firm | | Group | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | % Change from 1/1/05 | % Change from 1/1/04 | % Change from 1/1/05 | | | Median % Change from 1/1/04 |
| Class of | Rate | Rank / Of | 1st Quartile | Median | 3rd Quartile | | | 1st Quartile | Median | 3rd Quartile | |
| **Associates & Senior Attys** | | | | | | | | | | | |
| 2005 | $198 | 18 / 17 | $284 | $260 | $235 | | | 36.2 | 25.2 | 21.8 | |
| 2004 | 224 | 18 / 20 | 316 | 304 | 269 | ‡‡ | 43.3 ‡‡ | 31.3 | 20.9 | 16.1 | 44.1 |
| 2003 | 278 | 19 / 20 | 371 | 339 | 309 | | 14.4 ‡‡ | 28.5 | 16.2 | 13.3 | 34.7 |
| 2002 | 255 | 21 / 20 | 395 | 361 | 330 | | | 23.5 | 15.6 | 12.3 | 34.1 |
| 2001 | 262 | 20 / 19 | 440 | 402 | 355 | | 6.9 ‡‡ | 18.8 | 11.1 | 10.5 | 30.3 |
| 2000 | 295 | 20 / 20 | 452 | 429 | 392 | | 15.7 ‡‡ | 18.8 | 11.4 | 9.5 | 29.3 |
| 1999 | 325 | 19 / 18 | 478 | 438 | 421 | | (4.7) ‡‡ | 14.9 | 10.1 | 6.3 | 20.8 |
| 1998 | 330 | 17 / 17 | 490 | 445 | 417 | ‡‡ | 14.6 ‡‡ | 15.8 | 8.6 | 5.4 | 18.3 |
| Prior | 377 | 16 / 16 | 511 | 485 | 443 | ‡‡ | 36.6 ‡‡ | 8.5 | 5.5 | 2.9 | ** |
| All Associates & Senior Attys | 271 | 19 / 20 | 405 | 380 | 340 | | | | | | |
| **Other Attorney Averages** | | | | | | | | | | | |
| Of Counsel | | / 13 ‡ | $571 | $530 | $450 | ‡‡ | | ** | 7.8 | ** | ** |
| Staff Attorneys | | | ** | ** | ** | | | ** | ** | ** | ** |
| **All Attorney Average** | $370 | 19 / 20 | $481 | $437 | $411 | | | | | | |
| **Other Timekeeper Averages** | | | | | | | | | | | |
| Lobbyists | | | ** | ** | ** | | | ** | ** | ** | ** |
| Specialists | | | ** | ** | ** | | | ** | ** | ** | ** |
| Litigation Support | | | ** | ** | ** | | | ** | ** | ** | ** |
| Patent Agents | | / 6 ‡ | ** | 229 | ** | | | ** | ** | ** | ** |
| Case Clerks | 98 | 4 / 6 ‡ | ** | 96 | ** | | | ** | ** | ** | ** |
| Law Clerks/Trust Accts. | | / 6 ‡ | ** | 203 | ** | | | ** | ** | ** | ** |
| **Legal Assistants** | | | | | | | | | | | |
| High | $215 | 10 / 16 | $250 | $225 | $204 | ‡ | 7.5 ‡ | 7.6 | 4.2 | 2.5 | 6.3 |
| Middle | 175 | 10 / 16 | 200 | 182 | 167 | ‡ | 9.4 ‡ | 17.3 | 9.7 | 5.2 | 12.9 |
| Low | 135 | 7 / 16 | 148 | 133 | 115 | ‡ | 35.0 ‡ | 25.9 | 7.5 | (2.3) | 8.3 |
| Average | 175 | 12 / 16 | 192 | 178 | 171 | ‡ | 15.9 ‡ | 16.7 | 7.5 | 4.4 | 8.2 |

Your office or practice area are displayed in this report is not a member of the group.

** omitted due to insufficient data

‡ less than 35% population response

PRICEWATERHOUSECOOPERS 🄫

Page 5
Firm: 0223

Intellectual Property Litigation

# 2006 BILLING RATE & ASSOCIATE SALARY SURVEY plus

Intellectual Property Litigation Largest - Prin & Non-Prin Offices (20 members)

## Partner Average Worked[1] Rates

For the period 1/1/2005 through 12/31/2005

| | Your Firm | | Group | | | Your Firm | | Group % Change from 1/1/05 | | | Group Median % Change from 1/1/04 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Rate | Rank / Of | 1st Quartile | Median | 3rd Quartile | % Change from 1/1/05 | % Change from 1/1/04 | 1st Quartile | Median | 3rd Quartile | |
| **Equity Partners** | | | | | | | | | | | |
| High | $680 | 8 / 14 ‡‡ | $727 | $680 | $608 ‡‡ | ‡‡ | 29.5 ‡‡ | 8.7 | 5.7 | 4.0 | 10.7 |
| Middle | 475 | 13 / 14 ‡‡ | 583 | 517 | 492 | ‡‡ | 8.5 ‡‡ | 9.8 | 6.7 | 4.4 | 11.5 |
| Low | 410 | 11 / 14 ‡‡ | 493 | 444 | 408 | ‡‡ | 17.8 ‡‡ | 11.0 | 6.9 | 3.4 | 10.9 |
| Average | 506 | 10 / 13 ‡‡ | 581 | 509 | 496 | ‡‡ | 16.6 ‡‡ | ** | 6.8 | ** | 11.0 |
| *Avg. by Years of Experience* | | | | | | | | | | | |
| 10 Years or Less | | / 8 ‡‡ | ** | $458 | ** | ‡‡ | | ** | 7.9 | ** | |
| 11 - 15 Years | 439 | 9 / 10 ‡‡ | 487 | 471 | 445 | ‡‡ | | ** | 5.2 | ** | |
| 16 - 20 Years | 474 | 9 / 9 ‡‡ | ** | 506 | ** | ‡‡ | | ** | 6.2 | ** | |
| 21 - 25 Years | 551 | 4 / 10 ‡‡ | 550 | 524 | 510 | ‡‡ | | ** | 6.9 | ** | |
| 26 - 30 Years | | / 9 ‡‡ | ** | 594 | ** | ‡‡ | | ** | 5.8 | ** | |
| 31 - 35 Years | | / 5 ‡‡ | ** | 589 | ** | ‡‡ | | ** | ** | | |
| > 35 Years | 501 | 6 / 5 ‡‡ | ** | 568 | ** | ‡‡ | | ** | ** | | |
| **Non-Equity Partners** | | | | | | | | | | | |
| High | $567 | 7 / 7 ‡‡ | ** | $615 | ** | ‡‡ | 16.4 ‡‡ | ** | 11.6 | ** | ** |
| Middle | 449 | 5 / 7 ‡‡ | ** | 478 | ** | ‡‡ | 25.4 ‡‡ | ** | 9.5 | ** | ** |
| Low | 311 | 7 / 7 ‡‡ | ** | 401 | ** | ‡‡ | 6.9 ‡‡ | ** | 9.9 | ** | ** |
| Average | 430 | 7 / 7 ‡‡ | ** | 481 | ** | ‡‡ | 15.0 ‡‡ | ** | 8.3 | ** | ** |
| *Avg. by Years of Experience* | | | | | | | | | | | |
| 10 Years or Less | $341 | | ** | ** | ** | | | ** | ** | ** | |
| 11 - 15 Years | 335 | | ** | ** | ** | | | ** | ** | ** | |
| 16 - 20 Years | | | ** | ** | ** | | | ** | ** | ** | |
| > 20 Years | 519 | | ** | ** | ** | | | ** | ** | ** | |
| **All Partner Composite** | | | | | | | | | | | |
| High | $680 | 8 / 14 ‡‡ | $727 | $680 | $625 ‡‡ | ‡‡ | 29.5 ‡‡ | 8.7 | 5.7 | 4.0 | 10.7 |
| Middle | 474 | 12 / 14 ‡‡ | 566 | 514 | 480 | ‡‡ | 20.6 ‡‡ | 7.7 | 5.9 | 5.0 | 11.5 |
| Low | 311 | 13 / 14 ‡‡ | 482 | 415 | 356 | ‡‡ | 6.9 ‡‡ | 10.1 | 9.4 | 3.8 | 10.4 |
| Average | 476 | 11 / 13 ‡‡ | 556 | 495 | 477 | ‡‡ | 17.2 ‡‡ | ** | ** | ** | 9.4 |

PRICEWATERHOUSECOOPERS 🄫

our office or practice area displayed in this report is not a member of the group.

[1] Calculated by taking the value of billable time worked during the period 1/1/2005 through 12/31/2005, divided by the corresponding billable hours worked.

\* omitted due to insufficient data

‡ less than 75% population response

Page 6
Firm: 0223

Intellectual Property Litigation

# 2006 BILLING RATE & ASSOCIATE SALARY SURVEY plus

*Intellectual Property Litigation Largest – Prin & Non-Prin Offices*

## Non-Partner Average Worked[1] Rates
### For the period 1/1/2005 through 12/31/2005

| | Your Firm | | Group | | | Your Firm | | Group — % Change from 1/1/05 | | | Group |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Rate | Rank/Of | 1st Quartile | Median | 3rd Quartile | % Change from 1/1/05 | % Change from 1/1/04 | 1st Quartile | Median | 3rd Quartile | Median % Change from 1/1/04 |
| **Associates & Senior Attys** | | | | | | | | | | | |
| *Class of* | | | | | | | | | | | |
| 2005 | $180 | 9/9 ‡ | ** | $224 | ** | | | ** | ** | ** | |
| 2004 | 198 | 12/12 ‡ | 272 | 237 | 213 | ‡ | 40.6 ‡ | ** | 21.6 | ** | 30.9 |
| 2003 | 253 | 11/13 ‡ | 329 | 279 | 255 | ‡ | 24.0 ‡ | ** | 16.8 | ** | 35.6 |
| 2002 | 227 | 14/13 ‡ | 347 | 306 | 275 | ‡ | 17.8 ‡ | ** | 16.9 | ** | 36.9 |
| 2001 | 238 | 14/13 ‡ | 375 | 339 | 305 | ‡ | 19.3 ‡ | ** | 11.4 | ** | 22.8 |
| 2000 | 266 | 14/13 ‡ | 415 | 355 | 329 | ‡ | 13.8 ‡ | ** | 14.7 | ** | 24.4 |
| 1999 | 321 | 11/11 ‡ | 432 | 386 | 353 | ‡ | | ** | 13.8 | ** | 23.8 |
| 1998 | | /12 ‡ | 456 | 408 | 380 | ‡ | | ** | 11.9 | ** | 22.4 |
| Prior | 320 | 12/11 ‡ | 464 | 435 | 423 | ‡ | 30.6 ‡ | ** | 5.8 | ** | ** |
| *All Associates & Senior Attys* | 250 | 13/13 ‡ | 365 | 343 | 308 | ‡ | | ** | ** | ** | ** |
| **Other Attorney Averages** | | | | | | | | | | | |
| Of Counsel | | /6 ‡ | ** | $489 | ** | | | ** | ** | ** | ** |
| Staff Attorneys | | | ** | ** | ** | | | ** | ** | ** | ** |
| **All Attorney Average** | $354 | 13/13 ‡ | $443 | $409 | $371 | | | ** | ** | ** | ** |
| **Other Timekeeper Averages** | | | | | | | | | | | |
| Lobbyists | | | ** | ** | ** | | | ** | ** | ** | ** |
| Specialists | | | ** | ** | ** | | | ** | ** | ** | ** |
| Litigation Support | | | ** | ** | ** | | | ** | ** | ** | ** |
| Patent Agents | | | ** | ** | ** | | | ** | ** | ** | ** |
| Case Clerks | 75 | | ** | ** | ** | | | ** | ** | ** | ** |
| Law Clerks/Trust Accts. | | | ** | ** | ** | | | ** | ** | ** | ** |
| **Legal Assistants** | | | | | | | | | | | |
| High | $203 | 7/10 ‡ | $238 | $212 | $201 | ‡ | 6.3 ‡ | ** | 7.2 | ** | (2.4) |
| Middle | 164 | 8/10 ‡ | 182 | 173 | 150 | ‡ | 13.1 ‡ | ** | 6.3 | ** | 4.0 |
| Low | 111 | 6/10 ‡ | 144 | 111 | 94 | ‡ | 12.1 ‡ | ** | 11.1 | ** | (4.5) |
| Average | 164 | 8/10 ‡ | 184 | 175 | 149 | ‡ | 14.7 ‡ | ** | 6.7 | ** | (1.1) |

*Your office or practice area displayed in this report is not a member of the group.*

[1] *Calculated by taking the value of billable time worked during the period 1/1/2005 through 12/31/2005, divided by the corresponding billable hours worked.*

** omitted due to insufficient data

‡ less than 25% population response

**PRICEWATERHOUSECOOPERS** 🏢

Page 7
Firm: 0223
Intellectual Property Litigation

# 2006 BILLING RATE & ASSOCIATE SALARY SURVEY plus

*Intellectual Property Litigation Largest - Prin & Non-Prin Offices (20 members)*

## Partner Average Effective¹ Rates

For the period 1/1/2005 through 12/31/2005

| | Your Firm | | Your Firm | | Group | | | Group % Change from 1/1/05 | | | Median |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Rate | Rank / Of | % Change from 1/1/05 | % Change from 1/1/04 | 1st Quartile | Median | 3rd Quartile | 1st Quartile | Median | 3rd Quartile | % Change from 1/1/04 |
| **Equity Partners** | | | | | | | | | | | |
| High | $580 | 13/15 | ‡‡ | (30.0)‡‡ | $694 | $661 | $603 | 10.1 | 2.2 | (3.8) | 10.3 |
| Middle | 487 | 7/15 | ‡‡ | 6.3‡ | 544 | 478 | 457 | 9.4 | 5.5 | 4.2 | 11.1 |
| Low | 416 | 5/15 | ‡‡ | 30.4‡‡ | 427 | 376 | 318 | 31.4 | 8.5 | 3.2 | 14.4 |
| Average | 492 | 8/15 | ‡‡ | (2.2)‡ | 541 | 489 | 469 | 9.3 | 7.9 | 5.0 | 11.3 |
| *Avg. by Years of Experience* | | | | | | | | | | | |
| 10 Years or Less | | /8 | | | ** | $434 | ** | ** | 9.1 | ** | |
| 11 - 15 Years | 448 | 6/11 | | | 463 | 445 | 417 | ** | 4.0 | ** | |
| 16 - 20 Years | 472 | 6/10 | | | 517 | 490 | 454 | ** | 8.4 | ** | |
| 21 - 25 Years | 517 | 5/11 | | | 528 | 507 | 500 | ** | 6.3 | ** | |
| 26 - 30 Years | | /10 | | | 584 | 559 | 533 | ** | 12.3 | ** | |
| 31 - 35 Years | | /5 | | | | 562 | ** | ** | ** | ** | |
| > 35 Years | 496 | 6/5 | | | ** | 537 | ** | ** | ** | ** | |
| **Non-Equity Partners** | | | | | | | | | | | |
| High | $557 | 6/8 | ‡‡ | 19.0‡‡ | ** | $598 | ** | ** | 8.4 | ** | ** |
| Middle | 409 | 7/8 | ‡‡ | 13.9‡ | ** | 442 | ** | ** | 9.4 | ** | ** |
| Low | 315 | 5/8 | ‡‡ | 21.6‡‡ | ** | 312 | ** | ** | 1.0 | ** | ** |
| Average | 420 | 5/8 | ‡ | 16.0‡ | ** | 439 | ** | ** | 9.4 | ** | ** |
| *Avg. by Years of Experience* | | | | | | | | | | | |
| 10 Years or Less | $323 | 6/5 | ‡ | (30.0)‡‡ | ** | $395 | ** | ** | ** | ** | |
| 11 - 15 Years | 337 | 5/5 | ‡ | 24.0‡ | ** | 433 | ** | ** | ** | ** | |
| 16 - 20 Years | | | | | ** | ** | ** | ** | ** | ** | |
| > 20 Years | 510 | | | | ** | ** | ** | ** | ** | ** | |
| **All Partner Composite** | | | | | | | | | | | |
| High | $580 | 13/15 | ‡‡ | (30.0)‡‡ | $726 | $677 | $603 | 15.4 | 2.2 | (2.7) | 10.2 |
| Middle | 476 | 9/15 | ‡‡ | 24.0‡‡ | 525 | 478 | 444 | 9.5 | 7.2 | 5.2 | 13.5 |
| Low | 315 | 9/15 | ‡‡ | 21.6‡‡ | 384 | 319 | 297 | 31.6 | 8.5 | (14.7) | 1.6 |
| Average | 463 | 10/15 | ‡ | 6.0‡ | 528 | 474 | 447 | ** | ** | ** | 11.1 |

Your office or practice area displayed in this report is not a member of the group.

¹ Calculated by taking the actual value of amount billed during the year, divided by the corresponding billable hours relieved.

** omitted due to insufficient data

‡ less than 25% population response

PRICEWATERHOUSE COOPERS 🅡

Page 8
Firm: 0223

Intellectual Property Litigation

# 2006 BILLING RATE & ASSOCIATE SALARY SURVEY plus

Intellectual Property Litigation Largest - Prin & Non-Prin Offices

## Non-Partner Average Effective¹ Rates

For the period 1/1/2005 through 12/31/2005

| | Your Firm | | Group | | | Your Firm | | Group | | | |
| | Rate | Rank / Of | 1st Quartile | Median | 3rd Quartile | % Change from 1/1/05 | % Change from 1/1/04 | % Change from 1/1/05 — 1st Quartile | Median | 3rd Quartile | Median % Change from 1/1/04 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Associates & Senior Attys** | | | | | | | | | | | |
| *Class of* | | | | | | | | | | | |
| 2005 | $124 | 11 / 10 ‡ | $226 | $199 | $181 | ‡ | | ** | 5.1 | ** | |
| 2004 | 176 | 14 / 14 ‡ | 243 | 219 | 192 | ‡ | | ** | 21.0 | ** | 40.0 |
| 2003 | 225 | 11 / 15 | 300 | 256 | 222 | ‡ | 52.0 ‡ | 22.5 | 17.0 | 10.9 | 35.8 |
| 2002 | 224 | 15 / 15 | 341 | 282 | 253 | ‡ | 35.8 ‡ | 21.0 | 16.9 | 11.1 | 35.6 |
| 2001 | 227 | 15 / 14 ‡ | 345 | 309 | 284 | ‡ | (24.1) ‡ | 18.7 | 12.1 | 3.9 | 21.0 |
| 2000 | 264 | 14 / 15 | 374 | 324 | 291 | ‡ | 24.5 ‡ | ** | 17.0 | ** | 27.5 |
| 1999 | 299 | 11 / 12 ‡ | 401 | 370 | 332 | ‡ | 10.7 ‡ | 15.7 | 11.6 | 9.8 | 20.7 |
| 1998 | | / 14 ‡ | 421 | 374 | 333 | ‡ | | 15.7 | 11.9 | 4.8 | 18.2 |
| Prior | 295 | 13 / 13 ‡ | 443 | 408 | 364 | ‡ | 10.5 ‡ | 9.8 | 6.9 | (1.9) | ** |
| **All Associates & Senior Attys** | 229 | 16 / 15 ‡ | 339 | 317 | 278 | ‡ | | | | | |
| **Other Attorney Averages** | | | | | | | | | | | |
| Of Counsel | | 1 / 7 ‡ | ** | $417 | ** | | | ** | ** | ** | ** |
| Staff Attorneys | | | ** | ** | ** | | | ** | ** | ** | ** |
| **All Attorney Average** | $336 | 13 / 15 | $417 | $374 | $348 | | | ** | ** | ** | ** |
| **Other Timekeeper Averages** | | | | | | | | | | | |
| Lobbyists | | | ** | ** | ** | | | ** | ** | ** | |
| Specialists | | | ** | ** | ** | | | ** | ** | ** | |
| Litigation Support | | | ** | ** | ** | | | ** | ** | ** | |
| Patent Agents | 72 | 1 / 5 ‡ | ** | 179 | ** | | | ** | ** | ** | |
| Case Clerks | | | ** | ** | ** | | | ** | ** | ** | |
| Law Clerks/Trust Accts. | | | ** | ** | ** | | | ** | ** | ** | |
| **Legal Assistants** | | | | | | | | | | | |
| High | $203 | 7 / 12 ‡ | $257 | $210 | $183 | ‡ | 10.3 ‡ | ** | 11.7 | ** | 7.9 |
| Middle | 163 | 7 / 12 ‡ | 175 | 157 | 124 | ‡ | 19.0 ‡ | ** | 9.3 | ** | 5.2 |
| Low | 59 | 10 / 12 ‡ | 128 | 97 | 63 | ‡ | (13.2) ‡ | ** | 4.8 | ** | (2.4) |
| Average | 162 | 7 / 12 ‡ | 169 | 155 | 120 | ‡ | 21.8 ‡ | ** | 6.5 | ** | 2.2 |

¹our office or practice areas displayed in this report is not a member of the group.

Calculated by taking the actual value of amount billed during the year, divided by the corresponding billable hours relieved.

\* omitted due to insufficient data

¹ less than 75% population response

PRICEWATERHOUSECOOPERS 🄫

**2006 BILLING RATE & ASSOCIATE SALARY SURVEY** Plus

*Intellectual Property Litigation Largest - Prin & Non-Prin Offices (20 members)*

## Timekeeper Average Billable Hours
*For the period 1/1/2005 through 12/31/2005*

| | Your Firm | | Group | | |
|---|---|---|---|---|---|
| | Average Hours | Rank / Of | 1st Quartile | Median | 3rd Quartile |
| **Equity Partners - by Years of Experience** | | | | | |
| 10 Years or Less | | / 9 ‡‡ | 2,117 | 1,915 | 1,758 |
| 11 - 15 Years | 1,591 | 13 / 12 ‡‡ | 2,037 | 1,942 | 1,827 |
| 16 - 20 Years | 1,591 | 11 / 11 ‡‡ | 1,996 | 1,736 | 1,632 |
| 21 - 25 Years | 1,289 | 13 / 12 ‡‡ | 1,901 | 1,818 | 1,751 |
| 26 - 30 Years | | / 11 ‡‡ | 2,127 | 1,861 | 1,398 |
| 31 - 35 Years | | / 6 ‡ | 2,175 | 2,038 | 1,858 |
| > 35 Years | 1,830 | 2 / 6 ‡‡ | 1,800 | 1,668 | 1,530 |
| **All Equity Partners** | 1,516 | 17 / 16 ‡ | 1,934 | 1,843 | 1,739 |
| **Non-Equity Partners - by Years of Experience** | | | | | |
| 10 Years or Less | 1,650 | 6 / 6 ‡‡ | 2,094 | 1,999 | 1,788 |
| 11 - 15 Years | 1,726 | 4 / 6 ‡‡ | 1,934 | 1,744 | 1,660 |
| 16 - 20 Years | | | ** | ** | ** |
| > 20 Years | 1,015 | | | | |
| **All Non-Equity Partners** | 1,338 | 9 / 9 ‡ | 1,875 | 1,654 | 1,536 |
| **Associates & Senior Attys - by Class Year** | | | | | |
| 2005 | 1,387 | 6 / 11 ‡ | 1,674 | 1,343 | 1,116 |
| 2004 | 1,642 | 15 / 15 ‡ | 2,031 | 2,009 | 1,863 |
| 2003 | 1,354 | 15 / 16 | 2,033 | 1,909 | 1,840 |
| 2002 | 2,063 | 2 / 16 | 1,996 | 1,933 | 1,832 |
| 2001 | 1,504 | 16 / 15 | 2,067 | 1,881 | 1,817 |
| 2000 | 1,746 | 11 / 16 | 2,029 | 1,904 | 1,725 |
| 1999 | | / 15 | 2,129 | 2,110 | 1,942 |
| 1998 | 1,789 | 12 / 13 ‡ | 2,183 | 2,037 | 1,771 |
| Prior | 1,735 | 9 / 14 ‡ | 2,050 | 1,813 | 1,583 |
| All Associates & Senior Attorneys | 1,635 | 17 / 16 | 2,023 | 1,827 | 1,690 |
| Of Counsel | | / 8 ‡ | 1,793 | 1,670 | 1,376 |
| Staff Attorneys | | | ** | ** | ** |
| Lobbyists | | | ** | ** | ** |
| Specialists | | | ** | ** | ** |
| litigation Support | | | ** | ** | ** |
| atent Agents | 450 | / 5 ‡ | 1,670 | 1,581 | 1,513 |
| ase Clerks | | | ** | ** | ** |
| aw Clerks/Trust Accts. | | | ** | ** | ** |
| egal Assistants | 1,340 | 13 / 13 ‡ | 1,644 | 1,628 | 1,490 |

our office or practice area displayed in this report is not a member of the group.

\* omitted due to insufficient data

‡ less than 75% population response

**PricewaterhouseCoopers**

*Intellectual Property Litigation Largest - Prin & Non-Prin Offices (20 members)*

## *Timekeeper Average Fees Billed*

***For the period 1/1/2005 through 12/31/2005***

| | Your Firm | | Group | | |
|---|---|---|---|---|---|
| | *Average Fees* | *Rank / Of* | *1st Quartile* | *Median* | *3rd Quartile* |
| **Equity Partners - *by Years of Experience*** | | | | | |
| 10 Years or Less | | / 9 ‡ | $913,349 | $794,825 | $711,482 |
| 11 - 15 Years | 648,656 | 12 / 12 ‡ | 923,790 | 832,860 | 772,076 |
| 16 - 20 Years | 729,522 | 11 / 11 ‡ | 922,013 | 838,609 | 801,381 |
| 21 - 25 Years | 622,776 | 13 / 12 ‡ | 1,026,226 | 912,627 | 838,767 |
| 26 - 30 Years | | / 11 ‡ | 1,193,795 | 994,387 | 808,029 |
| 31 - 35 Years | | / 6 ‡ | 1,211,110 | 1,128,100 | 1,001,387 |
| > 35 Years | 907,854 | 4 / 6 ‡ | 949,313 | 842,615 | 737,282 |
| *All Equity Partners* | 712,409 | 16 / 16 | 971,387 | 929,113 | 821,913 |
| **Non-Equity Partners - *by Years of Experience*** | | | | | |
| 10 Years or Less | $499,655 | 7 / 6 ‡ | $853,342 | $741,734 | $681,160 |
| 11 - 15 Years | 556,554 | 6 / 6 ‡ | 826,021 | 749,684 | 659,275 |
| 16 - 20 Years | | | ** | ** | ** |
| > 20 Years | 491,561 | | ** | ** | ** |
| *All Non-Equity Partners* | 503,801 | 10 / 9 ‡ | 790,922 | 765,108 | 656,971 |
| **Associates & Senior Attorneys - *by Class Year*** | | | | | |
| 2005 | $159,679 | 10 / 11 ‡ | $247,173 | $233,336 | $186,913 |
| 2004 | 267,657 | 15 / 15 | 504,590 | 417,943 | 358,412 |
| 2003 | 284,821 | 16 / 16 | 513,768 | 471,829 | 383,827 |
| 2002 | 448,908 | 14 / 16 | 583,049 | 522,689 | 464,160 |
| 2001 | 322,702 | 16 / 15 | 695,351 | 587,476 | 513,299 |
| 2000 | 441,254 | 15 / 16 | 707,251 | 615,641 | 533,062 |
| 1999 | 468,127 | 14 / 13 ‡ | 881,119 | 745,210 | 651,502 |
| 1998 | | / 15 | 865,895 | 737,767 | 649,899 |
| Prior | 478,960 | 14 / 14 ‡ | 896,089 | 698,673 | 580,399 |
| *All Associates & Senior Attorneys* | 357,652 | 17 / 16 | 621,408 | 571,318 | 489,414 |
| **Of Counsel** | | / 8 ‡ | $770,208 | $708,825 | $617,845 |
| **Staff Attorneys** | | | ** | ** | ** |
| ***All Attorneys*** | $482,398 | 17 / 16 | $735,620 | $698,374 | $598,837 |
| **Legal Assistants** | $199,746 | 9 / 13 ‡ | $282,938 | $225,040 | $181,654 |

*Your office or practice area displayed in this report is not a member of the group.*

*** omitted due to insufficient data*

*‡ less than 75% population response*

# 2006 BILLING RATE & ASSOCIATE SALARY SURVEY ™

Intellectual Property Litigation Largest - Prin & Non-Prin Offices (20 members)

## Associate & Senior Attorney Salary Information

### Average Annual Base Salary as of January 1, 2006

| | Your Firm | | Group | | |
|---|---|---|---|---|---|
| Class | Salary | Rank / Of | 1st Quartile | Median | 3rd Quartile |
| 2005 | $117,000 | 15 / 15 | $137,344 | $135,000 | $135,000 |
| 2004 | 116,058 | 19 / 18 | 145,198 | 145,000 | 140,209 |
| 2003 | 136,413 | 18 / 18 | 160,000 | 155,413 | 148,543 |
| 2002 | 132,000 | 19 / 18 | 175,000 | 170,000 | 159,499 |
| 2001 | 119,480 | 18 / 17 | 195,000 | 195,000 | 182,509 |
| 2000 | 153,000 | 19 / 18 | 205,000 | 201,250 | 189,696 |
| 1999 | 171,500 | 16 / 16 | 215,000 | 215,000 | 206,250 |
| 1998 | 165,000 | 16 / 15 | 229,167 | 220,000 | 203,125 |
| Prior | 142,892 | 14 / 13 ‡ | 240,219 | 227,857 | 225,000 |
| All Assoc & Sr. Attorneys | 134,359 | 18 / 18 | 183,175 | 180,228 | 166,765 |

### Percent Change in Average Annual Base Salary

| | Your Firm | | | Group | | | |
|---|---|---|---|---|---|---|---|
| | | | | | % Change from 1/1/05 | | Median |
| Class | Base Salary @1/1/06 | % Change from 1/1/05 | % Change from 1/1/04 | 1st Quartile | Median | 3rd Quartile | % Change from 1/1/04 |
| 2005 | $117,000 | | | | | | |
| 2004 | 116,058 | ‡ | 18.6 | 19.4 | 16.0 | 15.7 | 23.0 |
| 2003 | 136,413 | ‡ | 16.5 | 19.3 | 18.5 | 14.8 | 27.3 |
| 2002 | 132,000 | ‡ | (9.0) | 21.5 | 14.0 | 11.3 | 27.3 |
| 2001 | 119,480 | ‡ | 12.0 | 26.7 | 18.2 | 15.2 | 30.1 |
| 2000 | 153,000 | ‡ | (0.6) | 13.4 | 9.3 | 6.0 | 25.3 |
| 1999 | 171,500 | ‡ | 5.3 | 15.3 | 10.3 | 7.7 | 27.3 |
| 1998 | 165,000 | ‡ | (3.0) | 18.1 | 12.4 | 5.1 | 20.7 |
| Prior | 142,892 | ‡ | | 24.4 | 9.0 | 3.7 | 23.1 |
| II. Assoc & Sr. Attorneys | 134,359 | ‡ | | 7.6 | 3.0 | 0.7 | ** |

our office or practice area displayed in this report is not a member of the group.

* omitted due to insufficient data
** less than 75% population response

PRICEWATERHOUSECOOPERS 🎱

# 2006 BILLING RATE & ASSOCIATE SALARY SURVEY [sм]

*Intellectual Property Litigation Largest - Prin & Non-Prin Offices (20 members)*

## 2005 Associate & Senior Attorney Bonus Information

### Percent of Associates & Senior Attys Receiving a Bonus[1]

| | Your Firm | | Group | | |
| | Percent | Rank / Of | 1st Quartile | Median | 3rd Quartile |
|---|---|---|---|---|---|
| **Class** | | | | | |
| 2005 | 0.0 | 10 / 15 | 99.1 | 60.0 | 0.0 |
| 2004 | 60.0 | 12 / 18 | 100.0 | 78.6 | 50.0 |
| 2003 | 50.0 | 15 / 18 | 98.8 | 79.2 | 58.5 |
| 2002 | 100.0 | 1 / 18 | 87.5 | 81.7 | 66.7 |
| 2001 | 66.7 | 14 / 17 | 100.0 | 80.0 | 72.2 |
| 2000 | 66.7 | 11 / 18 | 100.0 | 75.0 | 50.0 |
| 1999 | 50.0 | 14 / 16 | 100.0 | 77.5 | 50.0 |
| 1998 | 50.0 | 12 / 15 | 100.0 | 80.0 | 66.7 |
| Prior | 66.7 | 9 / 13 ‡ | 100.0 | 71.4 | 58.3 |
| All Assoc & Sr. Attys | 50.0 | 16 / 18 | 85.7 | 74.0 | 56.9 |

### Average Bonus Awarded[2]

| | Your Firm | | Group | | |
| | Bonus | Rank / Of | 1st Quartile | Median | 3rd Quartile |
|---|---|---|---|---|---|
| **Class** | | | | | |
| 2005 | ** | / 9 ‡ | 22,862 | $8,929 | 13,954 ** |
| 2004 | 7,667 | 15 / 16 | 24,484 | 20,000 | 15,920 |
| 2003 | 1,896 | 16 / 16 | 34,834 | 21,055 | 18,990 |
| 2002 | 6,000 | 16 / 15 | 38,434 | 28,000 | 20,581 |
| 2001 | 5,000 | 16 / 15 | 38,867 | 30,700 | 21,214 |
| 2000 | 14,000 | 14 / 16 | 48,246 | 30,409 | 30,438 |
| 1999 | 10,000 | 14 / 14 ‡ | 54,000 | 34,584 | 27,000 |
| 1998 | 27,500 | 10 / 12 ‡ | 64,000 | 41,786 | 19,728 |
| Prior | 22,500 | 8 / 11 ‡ | 33,658 | 39,891 | 21,095 |
| All Assoc & Sr. Attys | 10,949 | 16 / 17 | 33,658 | 25,971 | 21,095 |

### Average Bonus for the Entire Class

| | Your Firm | | Group | | |
| | Bonus | Rank / Of | 1st Quartile | Median | 3rd Quartile |
|---|---|---|---|---|---|
| **Class** | | | | | |
| 2005 | $0 | 10 / 15 | $5,500 | $1,111 | $0 |
| 2004 | 4,600 | 15 / 18 | 17,174 | 12,855 | 5,867 |
| 2003 | 948 | 17 / 18 | 22,010 | 15,362 | 5,369 |
| 2002 | 6,000 | 16 / 18 | 28,009 | 17,364 | 12,402 |
| 2001 | 3,333 | 16 / 17 | 36,375 | 24,025 | 13,917 |
| 2000 | 9,333 | 14 / 18 | 35,822 | 23,437 | 7,625 |
| 1999 | 5,000 | 14 / 16 | 39,113 | 25,146 | 22,354 |
| 1998 | 13,750 | 10 / 15 | 36,660 | 31,000 | 5,000 |
| Prior | 15,000 | 8 / 13 ‡ | 42,000 | 23,531 | 6,400 |
| All Assoc & Sr. Attys | 5,475 | 16 / 18 | 26,603 | 20,012 | 10,711 |

our office or practice area displayed in this report is not a member of the group.

ncludes only those Associates and Senior Attorneys who were at your firm at 1/1/06.

ncludes only those Associates and Senior Attorneys who were at your firm at 1/1/06, and who received a bonus.

[1] omitted due to insufficient data

less than 75% population response

PRICEWATERHOUSECOOPERS 🄫

# 2006 BILLING RATE & ASSOCIATE SALARY SURVEY [plus]

Intellectual Property Litigation Largest - Prin & Non-Prin Offices (20 members)

## Associate and Senior Attorney Compensation

### Aggregate Compensation as of 1/1/06[1]

| Class | Your Firm | Rank / Of | 1st Quartile | Group Median | 3rd Quartile |
|---|---|---|---|---|---|
| 2005 | $117,000 | 15 / 15 | $145,000 | $137,500 | $135,000 |
| 2004 | 123,725 | 19 / 18 | 167,125 | 160,700 | 151,135 |
| 2003 | 138,309 | 19 / 18 | 183,245 | 176,489 | 163,938 |
| 2002 | 138,000 | 19 / 18 | 204,500 | 194,145 | 181,378 |
| 2001 | 124,480 | 18 / 17 | 230,220 | 216,062 | 201,778 |
| 2000 | 167,000 | 17 / 18 | 238,992 | 229,475 | 211,000 |
| 1999 | 181,500 | 17 / 16 | 254,657 | 241,970 | 232,417 |
| 1998 | 192,500 | 15 / 15 | 269,390 | 251,000 | 238,875 |
| Prior | 165,392 | 14 / 13 ‡ | 292,500 | 267,164 | 247,788 |

### Distribution of Associates and Senior Attorneys

| Class | 2005 | | 2004 | |
|---|---|---|---|---|
| | Your Firm % | Group Median % | Your Firm % | Group Median % |
| 2005 | 7.7 | 4.6 | | 3.7 |
| 2004 | 19.7 | 12.9 | ‡ | 8.2 |
| 2003 | 17.0 | 16.1 | ‡ | 13.0 |
| 2002 | 5.0 | 14.0 | ‡ | 13.0 |
| 2001 | 13.0 | 11.8 | | 12.9 |
| 2000 | 14.8 | 10.2 | | 12.6 |
| 1999 | 5.6 | 8.9 | | 9.2 |
| 1998 | 4.7 | 6.7 | | 8.8 |
| Prior | 12.5 | 17.1 | | 33.3 |

Your office or practice area displayed in this report is not a member of the group.

[1] Aggregate compensation combines average bonuses for the period ending 12/31/05 with average base salaries at 1/01/06.

** omitted due to insufficient data

‡ less than 75% population response

PRICEWATERHOUSECOOPERS 🄫

*Intellectual Property Litigation Largest - Prin & Non-Prin Offices (20 members)*

## *Associate & Senior Attorney Adjustment Information*
### *by Years of Experience* [1]

### Average Standard Billing Rate as of January 1, 2006

| | Your Firm | | Group % Change | | |
|---|---|---|---|---|---|
| Years of Experience | % Change | Rank / Of | 1st Quartile | Median | 3rd Quartile |
| 1 Year | | / 15 | 14.6 | 7.5 | 2.1 |
| 2 Years | | / 15 | 23.7 | 6.8 | 5.0 |
| 3 Years | | / 15 | 14.1 | 6.7 | 4.5 |
| 4 Years | | / 15 | 11.7 | 8.0 | 3.6 |
| 5 Years | | / 15 | 13.1 | 6.0 | 4.8 |
| 6 Years | | / 15 | 12.7 | 6.5 | 2.8 |

### Average Annual Base Salary as of January 1, 2006

| | Your Firm | | Group % Change | | |
|---|---|---|---|---|---|
| Years of Experience | % Change | Rank / Of | 1st Quartile | Median | 3rd Quartile |
| 1 Year | | / 13 ‡ | 11.5 | 7.4 | 4.4 |
| 2 Years | | / 13 ‡ | 14.8 | 6.7 | 3.3 |
| 3 Years | | / 13 ‡ | 20.0 | 6.1 | 3.6 |
| 4 Years | | / 13 ‡ | 13.4 | 5.2 | 1.1 |
| 5 Years | | / 13 ‡ | 13.9 | 7.5 | 4.0 |
| 6 Years | | / 13 ‡ | 13.5 | 4.7 | 2.1 |

*Your office or practice area displayed in this report is not a member of the group.*

[1] *Calculated as the percent change for an associate with the respective years of experience at 1/1/2006 to the corresponding years of experience at 1/1/2005. For example, an associate with one year of experience would be included in law school class year 2004 at 1/1/2006, and included in law school class year 2003 at 1/1/2005.*

*** omitted due to insufficient data*

*‡ less than 75% population response*

PRICEWATERHOUSECOOPERS

# EXHIBIT 2

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ADIDAS AG, and<br>ADIDAS AMERICA, INC.,<br><br>        Plaintiffs,<br><br>        v.<br><br>USA ADIDAS INTERNATIONAL<br>GROUP, LLC and U.S.A. ADIDAS<br>WANDANU INT'L HOLDINGS LTD.,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   C. A. No. 06-675-SLR<br>)<br>)<br>)<br>)<br>) |

## <u>DECLARATION OF RICHARD L. HORWITZ</u>

I, Richard L. Horwitz, declare:

1.     I am a member of the Bar of the State of Delaware and this Court, and a partner at the law firm of Potter Anderson & Corroon LLP ("PA&C"), one of the counsel for plaintiffs adidas AG and adidas American, Inc. ("Plaintiffs") in this action.

2.     Throughout the course of this action, I have been the partner responsible for billing Plaintiffs for PA&C's legal services and expenses incurred in connection with this litigation.

3.     I have reviewed the bills sent by PA&C to Plaintiff on this matter from November 12, 2006 to April 26, 2007. Those bills, and the underlying time entries of PA&C personnel, indicate that PA&C has worked on matters during that time span, some or all of which were in connection with litigation of Plaintiffs' claims for trademark infringement, dilution, injury to business reputation, unfair competition, and deceptive trade practices arising under the Trademark Act of 1946, 15 U.S.C. §§ 1051 <u>et seq.</u> (1994) ("Lanham Act"); the Delaware Trademark Act, DEL. CODE ANN. tit. 6, §§ 3301 <u>et seq.</u> (2006); the Uniform Deceptive Trade

Practices Act, DEL. CODE ANN. tit. 6, §§ 2531 et seq.; and the common law; and Plaintiffs'

efforts to have a default entered against defendants. Among other work, PA&C personnel

reviewed and/or drafted pleadings, motions, briefs, and advised co-counsel on case strategy..

    4.    Attached hereto as Exhibit A is a true and correct copy of summary billing

records for PA&C's work on this matter from September 27, 2006 to April 26, 2007. It is the

practice of PA&C to keep computerized records of detailed daily time entries, and the billing

summary attached as Exhibit A is an accurate summary of those detailed time entries. In order to

avoid unnecessarily burdening the Court, and to preserve attorney-client privilege and attorney

work-product immunity, I have not submitted the voluminous detailed daily time entries;

however, if the Court requires additional detail, I will make more detailed and/or redacted

versions of PA&C's billing records available to the Court for *in camera* review, or as the Court

otherwise requires. The background of the primary timekeepers who worked on this case is as

follows:

    Partners: Richard L. Horwitz: My background is as follows: I received my undergraduate

education at Amherst College (B.A. in Economics with distinction, 1979). I received my legal

education at Duke University (J.D. 1982). Upon graduation, I was a law clerk for the Honorable

Robert L. Clifford for the Supreme Court of the State of New Jersey for one year. In 1983, I

joined PA&C, where I became a partner in 1990. I have had substantial litigation experience in

the Delaware federal court. A significant percent of my practice over the last 7 years has been in

intellectual property litigation. I was the attorney primarily responsible at PA&C for handling

this case.

    Associates: David E. Moore received his undergraduate education at the University of

Virginia (B.S.Ed., 1992), his M.Ed. at Arizona State University in 1996 and his legal education

2

at Temple University (J.D., 1999; L.L.M., 2004). After working at another Wilmington firm, Mr. Moore joined PA&C in 2001 as an associate in the litigation practice group, where he spends a significant amount of time working on intellectual property litigation.

5.    The dollar value of the timekeepers' fees from PA&C for this matter through April 26, 2007 is $4,882.50 -- $1,184.50 of which is included in Kilpatrick Stockton LLP's ("Kilpatrick") total fees calculation. *See* Ex. A; *see also* Declaration of Sara Maurer, Ex. C. The dollar value of expenses from PA&C for this matter through April 26, 2007 is $490.87 -- $362.57 of which is included in Kilpatrick's total expenses calculation. *Id.*; *see also* Declaration of Sara Maurer, Ex. C.

6.    I further estimate that an additional $1000 in fees and expenses will be incurred as a result of preparing and filing the instant motion for default.

7.    The total combined value of fees and expenses from PA&C for this matter, which is not already included in Kilpatrick's calculation, is $4,826.30 [$3,826.30 (fees and expenses) + $1000 (estimated fees and expenses)].

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I executed this declaration on April 30, 2007 in Wilmington, Delaware.



_/s/ Richard L. Horwitz_
RICHARD L. HORWITZ

792151

# EXHIBIT A

## EXHIBIT A

Potter Anderson & Corroon LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE  19899

Federal ID# 51-0080985

### FOR LEGAL SERVICES RENDERED

| BILLING PERIOD (Month/Year) | FEES ATTRIBUTABLE TO DEFENDANTS USA ADIDAS INTERNATIONAL GROUP LLC & U.S.A. ADIDAS WANDANU INT'L HOLDINGS LTD. | EXPENSES ATTRIBUTABLE TO DEFENDANTS USA ADIDAS INTERNATIONAL GROUP LLC & U.S.A. ADIDAS WANDANU INT'L HOLDINGS LTD. |
|---|---|---|
| October 2006 | $1,184.50 | $362.57 |
| November 2006 | $1,220.00 | $93.60 |
| December 2006 | $762.00 | $22.22 |
| February 2007 | $888.00 | $4.59 |
| March 2007 | $828.00 | $7.89 |
| TOTAL | $4,882.50 | $490.87 |

**TOTAL FEES AND EXPENSES ATTRIBUTABLE TO DEFENDANTS[1]  = $5,373.37**

---

[1]The dollar value of the timekeepers' fees from PA&C for this matter through April 26, 2007 is $4,882.50 -- $1,184.50 of which is included in Kilpatrick Stockton LLP's ("Kilpatrick") total fees calculation. *See* Declaration of Sara Maurer, Ex. C.  The dollar value of expenses from PA&C for this matter through April 26, 2007 is $490.87 -- $362.57 of which is included in Kilpatrick's total expenses calculation. *Id.*