IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ADIDAS AG and <br> ADIDAS AMERICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> USA ADIDAS INTERNATIONAL GROUP, <br> LLC and U.S.A. ADIDAS.WANDANU <br> INT'L HOLDINGS LTD., <br><br> Defendants. | ) <br> ) <br> ) <br> ) C. A. No. 06-675-SLR <br> ) <br> ) **JURY TRIAL DEMANDED** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### AFFIDAVIT OF MAILING

STATE OF DELAWARE       )
                                            ) ss:
COUNTY OF NEW CASTLE )

David E. Moore, being duly sworn, deposes and says:

1.   I am an attorney admitted to practice before the Supreme Court of the State of Delaware and before the United States District Court for the District of Delaware and am an associate in the law firm of Potter Anderson & Corroon LLP, counsel for Adidas AG and Adidas America, Inc. (collectively "Plaintiffs").

2.   On April 30, 2007, I caused to be mailed by certified mail, return receipt requested, Plaintiffs' Motion for Default Judgment (D.I. 10) and Memorandum in Support (D.I. 11) to defendant USA Adidas International Group, LLC, c/o Charles Snyderman, Esquire, 5301 Limestone Road, Suite 214, Wilmington, Delaware, 19808 attached as Exhibit A. The document was received by Mr. Snyderman or his authorized representative on May 1, 2007, as evidenced by the return receipt attached as Exhibit B.

3. On April 30, 2007, I caused to be mailed by certified mail, return receipt requested, Plaintiffs' Motion for Default Judgment and Memorandum in Support to defendant U.S.A. Adidas.Wandanu Int'l Holdings Ltd., c/o Delaware Intercorp, Inc., 113 Barksdale Professional Center, Newark, Delaware, 19711-3258 attached as Exhibit C. The document was received by Delaware Intercorp, Inc. or its authorized representative on May 1, 2007, as evidenced by the return receipt attached as Exhibit D.

Dated: May 3, 2007

David E. Moore (#3983)

SWORN AND SUBSCRIBED before me the day and year aforesaid.

Notary Public
My commission expires: 4-9-08

793214/30778

# EXHIBIT A

```
U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

                    OFFICIAL USE

Postage                        $  4.05
Certified Fee                     2.40
Return Reciept Fee                1.35
(Endorsement Required)
Restricted Delivery Fee
(Endorsement Required)
Total Postage & Fees           $  8.30

Postmark Here: WILMINGTON DE 19801, APR 30, USPS

Sent To  USA Adidas International Group LLC
         c/o Charles Snyderman, Esq.
Street, Apt. No.;
or PO Box No.  5301 Limestone Rd, Ste 214
City, State, ZIP+4
         Wilmington DE  19808

PS Form 3800, June 2002          See Reverse for Instructions
```

# EXHIBIT B



UNITED STATES POSTAL SERVICE WILMINGTON DE
01 MAY 2007 PM

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

DEM / 30778

David E. Moore, Esquire
Potter Anderson & Corroon, LLP
1313 North Market Street
P.O. Box 951
Wilmington, DE 19801

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ | ☐ Agent<br>☐ Addressee |
| | B. Received by ( Printed Name) | C. Date of Delivery<br>5-1-7 |
| 1. Article Addressed to:<br><br>DEM / 30778<br><br>USA Adidas International Group, LLC<br>c/o Charles Snyderman, Esq.<br>5301 Limestone Road<br>Suite 214<br>Wilmington, DE 19808 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No | |
| | 3. Service Type<br>☒ Certified Mail    ☐ Express Mail<br>☐ Registered    ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee)    ☐ Yes | |
| 2. Article Number<br>(Transfer from service label) | 7002 2410 0006 2222 0576 | |
| PS Form 3811, February 2004 | Domestic Return Receipt | 102595-02-M-154 |

# EXHIBIT C



# EXHIBIT D

UNITED STATES POSTAL SERVICE
WILMINGTON DE
01 MAY 2007 PM

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

DEM / 30778

David E. Moore, Esquire
Potter Anderson & Corroon, LLP
1313 North Market Street
P.O. Box 951
Wilmington, DE 19801

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   DEM/30778

   U.S.A. Adidas.Wandanu Int'l Holdings Ltd.
   c/o Delaware Intercorp, Inc.
   113 Barksdale Professional Center
   Newark, DE 19711-3258

2. Article Number (Transfer from service label): 7002 2410 0006 2222 0583

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]   ☐ Agent   ☐ Addressee

B. Received by (Printed Name): Sh. holt
C. Date of Delivery: 5-1-07

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered   ☒ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540