IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ADIDAS AG and ADIDAS AMERICA, INC., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>USA ADIDAS INTERNATIONAL )<br>GROUP LLC and U.S.A. )<br>ADIDAS.WANDANU INT'L. HOLDINGS )<br>LTD., )<br>)<br>Defendants ) | Civ. No. 06-675-SLR |

### ORDER

At Wilmington this 20th day of June, 2007, the Clerk of Court having issued a default in appearance against defendants pursuant to Fed. R. Civ. P. 55(a);

IT IS ORDERED that a default hearing shall be heard on **Friday, July 20, 2007, at 8:30 a.m.** in courtroom 6B on the sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

_____
United States District Judge