IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ADIDAS AG, and<br>ADIDAS AMERICA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>USA ADIDAS INTERNATIONAL<br>GROUP, LLC and U.S.A. ADIDAS<br>WANDANU INT'L HOLDINGS LTD.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  C. A. No. 06-675-SLR<br>)<br>)<br>)<br>)<br>) |

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of R. Charles Henn, Jr. and Sara Maurer of Kilpatrick Stockton LLP, 1100 Peachtree Street, Suite 2800, Atlanta, GA, 30309, to represent plaintiffs, adidas AG and adidas America, Inc., in this matter.

POTTER ANDERSON & CORROON LLP

By:  /s/ David E. Moore
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market St.
P.O. Box 951
Wilmington, Delaware 19899
Tel: (302) 984-6027
Fax: (302) 658-1192

Dated: June 22, 2007
802910/30778

*Attorneys for Plaintiffs*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____        _____
United States District Judge

## **CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Georgia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion

Date: June 22, 2007

Signed: */s/ R. Charles Henn, Jr.*
R. Charles Henn, Jr.
Kilpatrick Stockton LLP
1100 Peachtree Street
Suite 2800
Atlanta, GA 30309
Telephone: 404-685-6572

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Georgia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion


Date: June 22, 2007           Signed: /s/ Sara Maurer
                                      Sara Maurer
                                      Kilpatrick Stockton LLP
                                      1100 Peachtree Street
                                      Suite 2800
                                      Atlanta, GA  30309
                                      Telephone: 404-685-6700

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on June 22, 2007 a copy of the foregoing document was served upon Defendants by U.S. First Class Certified Mail (return receipt requested) at the following addresses of record and was electronically filed with the Clerk of the Court using CM/ECF:

| | |
|---|---|
| USA Adidas International Group, LLC<br>c/o Charles Snyderman, Esq.<br>5301 Limestone Road<br>Suite 214<br>Wilmington, DE 19808 | U.S.A. Adidas.Wandanu Int'l Holdings Ltd.<br>c/o Delaware Intercorp, Inc.<br>113 Barksdale Professional Center<br>Newark, DE 19711-3258 |

By: /s/ David E. Moore
　　　Richard L. Horwitz
　　　David E. Moore
　　　Hercules Plaza, 6th Floor
　　　1313 N. Market Street
　　　Wilmington, Delaware 19899-0951
　　　(302) 984-6000
　　　rhorwitz@potteranderson.com
　　　dmoore@potteranderson.com

765319 / 30778