IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ADIDAS AG and ADIDAS AMERICA, INC., | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) Civ. No. 06-675-SLR ) |
| USA ADIDAS INTERNATIONAL GROUP LLC and U.S.A. ADIDAS.WANDANU INT'L. HOLDINGS LTD., | ) ) ) ) ) |
| Defendants | ) |

**O R D E R**

At Wilmington this 16th day of July, 2007,

IT IS HEREBY ORDERED that the default hearing originally scheduled for July 20, 2007 is hereby rescheduled to **Thursday, July 26, 2007** at **11:00 a.m.** in courtroom no. 6B, sixth floor Federal Building, 844 King Street, Wilmington, Delaware.

                                                                  _____
                                                                  United States District Judge