IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ADIDAS AG, and <br> ADIDAS AMERICA, INC., <br> <br> Plaintiffs, <br> <br> v. <br> <br> USA ADIDAS INTERNATIONAL <br> GROUP, LLC and U.S.A. ADIDAS <br> WANDANU INT'L HOLDINGS LTD., <br> <br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )  C. A. No. 06-675-SLR <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER

This matter is before the Court on Plaintiffs' Motion for Default Judgment. Having reviewed the Plaintiffs' motion and supporting memorandum, and pursuant to Federal Rule of Civil Procedure 55(b), IT IS HEREBY ORDERED THAT:

1.   Plaintiffs' Motion for Default Judgment is GRANTED;

2.   Defendants, the officers, agents, representatives, employees of Defendants, and all persons acting in concert with Defendants, are permanently enjoined from:

  g.   using the ADIDAS mark or any other copy, reproduction, or colorable imitation, or simulation of Plaintiffs' ADIDAS mark on or in connection with Defendants' goods or services or as the name of Defendants' compan(ies);

  h.   using any trademark, service mark, name, logo, design, or source designation of any kind on or in connection with Defendants' goods or services that is a copy, reproduction, colorable imitation, or simulation of, or confusingly

similar to, or in any way similar to the trademarks, service marks, names, or logos or adidas;

i. using any trademark, service mark, name, logo, design, or source designation of any kind on or in connection with Defendant's goods or services that is likely to cause confusion, mistake, deception, or public misunderstanding that such goods or services are produced or provided by adidas, or are sponsored or authorized by or in any way connected or related to adidas;

j. using any trademark, service mark, name, logo, design, or source designation of any kind on or in connection with Defendants' goods or services that dilutes or is likely to dilute the distinctiveness of the trademarks, service marks, names, or logos of adidas; and

k. passing off, palming off, or assisting in passing off or palming off, Defendant's goods or services as those of adidas, or otherwise continuing any and all acts of unfair competition as alleged in this Complaint;

l. any other conduct that is likely to cause confusion or to cause mistake or to deceive as to the source, affiliation, connection or association, approval or sponsorship of Defendants' business, products, or services.

3. Within ten (10) days of service of this Order, Defendants shall: (a) amend their certificates of incorporation to remove the term "ADIDAS" from their corporate names and file such amendment with the Delaware Secretary of State; or (b) request the Delaware Secretary of State to cancel their corporate charters;

4. Within ten (10) days of service of this Order, Defendants shall pay to Plaintiffs the cost of this action and reasonable attorneys' fees in the amount of $14,067.10, pursuant to 15 U.S.C. § 1117(a).

IT IS SO ORDERED, this 26th day of July, 2007.

_____
United States District Judge