**D.I. #** _____

# CIVIL ACTION
# NUMBER: _____06-675 (SLR)_____

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Article Number: 7002 2030 0003 0326 5443

C.A. No. 06-675-SLR

Sent To: USA Adidas Wandamu Int'l Holdings Ltd.
Street, Apt. No.; or PO Box No. 113 Barksdale Prof Center
City, State, ZIP+4 Newark, DE 19711-3258

PS Form 3800, June 2002          See Reverse for Instructions