United States District Court
For the District of Delaware

**FILED**
JUL 31 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Scanned

Acknowledgement of Service Form
For Service By Return Receipt

Civil Action No. 06 CV675 SLR

Attached below is a return receipt card reflecting proof of service upon the named party on the date show.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery  7-30-7 |
| 1. Article Addressed to:<br><br>USA Adidas International Group, LLC<br>c/o Charles Snyderman, Esq.<br>5301 Limestone Road<br>Suite 214<br>Wilmington, DE 19808 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)    ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | |
| PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540 | |