United States District Court
For the District of Delaware



un Manned

FILED
AUG 1 2
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Acknowledgement of Service Form
For Service By Return Receipt

Civil Action No O6 cv/675 SLR

Attached below is a return receipt card reflecting proof of service upon the named party on the date show.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature]   ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>P. Shirholt |
| 1. Article Addressed to:<br><br>U.S.A. Adidas.Wandanu Int'l Holdings Ltd.<br>c/o Delaware Intercorp, Inc.<br>113 Barksdale Professional Center<br>Newark, DE 19711-3258 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☑ Certified Mail    ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | |
| PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540 | |